IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COMMONWEALTH of PENNSYLVANIA, PENNSYLVANIA GAME COMMISSION, | : : : : : | CIVIL ACTION—LAW |
| Plaintiff | : : | CASE NO. 1:12-CV-1567 |
| vs. | : : | JUDGE: Christopher C. Conner |
| THOMAS E. PROCTOR HEIRS TRUST, | : : : | |
| Defendant | : : : | [ELECTRONICALLY FILED] |

## Defendant's Motion to Dismiss

AND NOW, Defendant Thomas E. Proctor Heirs Trust, by and through its attorney, Thomas Waffenschmidt, Esquire, presents this *Defendant's Motion to Dismiss* and represents as follows:

1. Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, the Trust moves the Court to dismiss Plaintiff Commonwealth of Pennsylvania, Pennsylvania Game Commission's *Complaint*, because it fails to state a claim upon which relief may be granted.

2. The Game Commission's *Complaint* asserts an action to quiet title against the Trust with respect to the coal, oil, gas, petroleum, and mineral rights pertaining

to approximately 2,481 acres, more or less, located in Davidson and Laporte Townships, Sullivan County, Pennsylvania.

3. The Game Commission's *Complaint* seeks an order from this Court directing the Trust to "bring an appropriate action within thirty days against the [Game Commission]" and if no such action is brought, to declare the Trust's rights to the property's coal, oil, gas, petroleum, and minerals null and void and that the Game Commission is the "indefeasible owner of the fee simple absolute" in the property. (Complaint, p. 10-11).

4. Under Pennsylvania law, to establish a quiet title action and be entitled to an order directing a defendant to file an ejectment action within 30 days asserting its claim or interest in the property or be forever barred from attacking the plaintiff's title, a plaintiff must prove that : (1) it is in possession of the property; (2) the defendant is out of possession of the property; and (3) there is a dispute as to the title of the property.

5. Establishing that the plaintiff is in possession of the property at the time the proceeding was instituted is a jurisdictional prerequisite for a quite title action seeking an order to compel the defendant to bring an ejectment action.

6. The Game Commission has failed to plead any facts establishing that it was in possession of the property's coal, oil, gas, petroleum, or minerals at the time it filed its *Complaint*.

7. Accordingly, the Game Commission has failed to establish a jurisdictional prerequisite and element of its alleged quiet title action.

8. Therefore, the Game Commission has failed to state a claim upon which relief may be granted.

WHEREFORE, the Trust respectfully requests that the Court dismiss with prejudice the Game Commission's *Complaint* and all of the claims asserted therein and enter judgment in the Trust's favor and against the Game Commission.

Respectfully submitted:

RIEDERS, TRAVIS, HUMPHREY, HARRIS, WATERS & WAFFENSCHMIDT

*s/Thomas Waffenschmidt*
Thomas Waffenschmidt, Esquire
PA ID # 59214
Attorney for Defendant
161 W. Third St., PO Box 215
Williamsport, PA 17703-0215
Tel: (570) 323-8711
Fax: (570) 323-4192
E-Mail: twaffenschmidt@riederstravis.com

Date: November 30, 2012

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH of PENNSYLVANIA, PENNSYLVANIA GAME COMMISSION, | : CIVIL ACTION—LAW : : : : |
| Plaintiff | : CASE NO.  1:12-CV-1567 : |
| vs. | : JUDGE: Christopher C. Conner : |
| THOMAS E. PROCTOR HEIRS TRUST, | : : : [ELECTRONICALLY FILED] |
| Defendant | : |

## Certificate of Service

I, Thomas Waffenschmidt, Esquire, hereby certify that on November 30, 2012 the foregoing *Defendant's Motion to Dismiss* was filed with the Court's ECF System and served via the ECF System.

Respectfully submitted:

RIEDERS, TRAVIS, HUMPHREY, HARRIS, WATERS & WAFFENSCHMIDT

*s/Thomas Waffenschmidt*
Thomas Waffenschmidt, Esquire
PA ID # 59214
Attorney for Defendant
161 W. Third St., PO Box 215
Williamsport, PA  17703-0215
Tel:  (570) 323-8711
Fax:  (570) 323-4192

Date: November 30, 2012     E-Mail: twaffenschmidt@riederstravis.com