# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, PENNSYLVANIA GAME COMMISSION, | : : : : | CIVIL ACTION NO. 1:12-CV-01567 |
| | : | (Chief Judge Conner) |
| Plaintiff, | : : | |
| v. | : : | |
| THOMAS E. PROCTOR HEIRS TRUST, under Declaration of Trust Dated October 28, 1980, which is Recorded in Sullivan County in Book 1106, at page 879, its successors and assigns, and the MARGARET PROCTOR TRUST, | : : : : : : : : | (Magistrate Judge Schwab) |
| Defendants. | : | |

## ORDER
December 23, 2014

As noted by the Clerk of Court at the beginning of this month, **IT IS ORDERED** that on or before **December 30, 2014**, the plaintiff shall re-file its exhibits attached to the second amended complaint, *Doc.* 37 at 21-100, as separately identified attachments to the main document. Moreover, said exhibits shall be further separated into five attachments so as to correspond to the exhibit list set forth in *Doc.* 37 at 18. No time extensions will be provided, this Order will not be reconsidered, and plaintiff's failure to comply with this Order will result in

said exhibits being stricken from the record.

                                                **_S/Susan E. Schwab_**
                                                Susan E. Schwab
                                                United States Magistrate Judge