IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, PENNSYLVANIA GAME COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS E. PROCTOR HEIRS TRUST and the MARGARET PROCTOR TRUST,<br><br>Defendants. | CASE NO. 1:12-CV-1567<br><br>Hon. Christopher C. Conner<br>United States District Judge<br><br>Hon. Susan E. Schwab<br>United States Magistrate Judge |

**JOINT STATUS REPORT PURSUANT TO OCTOBER 25, 2017 ORDER**

Pursuant to this Court's October 25, 2017 Order (ECF No. 84), Plaintiff Commonwealth of Pennsylvania, Pennsylvania Game Commission (the "Game Commission") and Defendants Trustees of the Thomas E. Proctor Heirs Trust (the "PHT") and Trustees of the Margaret O. F. Proctor Trust (the "MPT") (collectively "the Parties"), file this joint status report to inform the Court of their discussions regarding a modified settlement conference and state as follows:

1. On October 31, 2017, the Parties had a telephone conference to discuss the potential resolution of the dispute with respect to certain properties involved in this matter.

2. The Parties have agreed that the Parties do not dispute title as to certain properties, and that any disputes that may exist with respect to certain other

1

properties may be resolved through informal discussions that would result in a stipulation filed with the Court.

3. The Parties are continuing to review and identify the properties that will likely be subject to the stipulation, but anticipate being able to file any such stipulation in the next few weeks, prior to the end of the calendar year.

4. At this time, the Parties believe that they will be able to better assess whether a modified settlement conference will be fruitful after they file the stipulation.

Dated: November 8, 2017

Respectfully submitted,

| | |
|---|---|
| */s/ Bradley C. Bechtel*\* | */s/ Laura A. Lange* |
| Bradley C. Bechtel | Laura A. Lange |
| W. Creigh Marston | Paul K. Stockman *(pro hac vice)* |
| 2001 Elmerton Avenue | McGuireWoods LLP |
| Harrisburg, PA 17110 | 625 Liberty Avenue, 23rd Floor |
| brbechtel@pa.gov | Pittsburgh, PA 15222 |
| wmartson@pa.gov | llange@mcguirewoods.com |
| | pstockman@mcguirewoods.com |

*\*With permission*

*Attorneys for the Commonwealth of Pennsylvania, Pennsylvania Game Commission*

*Attorneys for Defendants/Counter-Claimants Trustees of the Thomas E. Proctor Heirs Trust and Trustees of the Margaret O.F. Proctor Trust*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served upon the following via the Court's CM/ECF system, this 8th day of November 2017:

Bradley C. Bechtel, Esq.
W. Creigh Marston, Esq.
2001 Elmerton Avenue
Harrisburg, PA 17110-9797
Harrisburg, PA 17110
brbechtel@pa.gov
wmartson@pa.gov

Thomas Waffenschmidt, Esq.
The Waffenschmidt Law Firm, LLC
811 S. Market Street
South Williamsport, PA 17702
tom@waffenlaw.com

*/s/ Laura A. Lange*
Laura A. Lange