IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, PENNSYLVANIA GAME COMMISSION,<br><br>           Plaintiff,<br><br>v.<br><br>THOMAS E. PROCTOR HEIRS TRUST and the MARGARET PROCTOR TRUST,<br><br>           Defendants. | CASE NO. 1:12-CV-1567<br><br>Hon. Christopher C. Conner<br>United States District Judge<br><br>Hon. Susan E. Schwab<br>United States Magistrate Judge |

## **STIPULATION**

AND NOW, this 14th day of December, 2017, Plaintiff, the Commonwealth of Pennsylvania, Pennsylvania Game Commission ("Game Commission") and Defendants, Thomas E. Proctor Heirs Trust and the Margaret O.F. Proctor Trust (collectively, "the Proctor Trusts") have conferred as to the status of the warrants involved in the above captioned litigation and hereby stipulate as follows:

1.     The properties encompassed in the present litigation for which the Parties seek resolution as to the ownership of the oil, gas and mineral rights are set forth in Exhibit A.

2.     As of the date of filing, the Game Commission does NOT claim an interest in and to the oil, gas and mineral rights for the following properties encompassed in the litigation:

1

| Warrant Name | Acres | State Game Land No. | PGC Contract No. |
|---|---|---|---|
| Charles Hall C-93-125 Mount Pleasant | 407.75 | 12 | L-2 |
| George Glentworth C-54-120 Pleasant Garden |  | 12 | L-174 |
| James Collins C-19-247 Trenton | 407.75 | 12 | L-174 |
| John Baker A-46-15 Darby | 317 | 12 | L-174 |
| Michael Gratz C-54-133 Vaux Hall | 236 (of 433) | 12 | L-2 |
| Peter Z. Lloyd C-115-99 Wilmington | 414 | 12 | L-1737 |
| George Eckhart Stenton | 460 | 12 | L-174 |
| Jonathan Seeley Liberty | 438.72 | 12 | L-174 |
| Robert Hiltzheimer Bristol | 472.2 (of 512) | 12 | L-174 |
| William Parker Chester | 422.7 | 12 | L-2 |
| William Wilson Mifflinsburg | 486.4 | 12 | L-2 |

3. As of the date of filing, the parties have identified the following warrants as those in which the Game Commission DOES claim an interest in and to the oil, gas and mineral rights:

2

| Warrant Name | Acres | State Game Land No. | PGC Contract No. |
|---|---|---|---|
| James Shoemaker C-191-153 Chelsea | 452 | 12 | L-2 |
| Josiah Haines C-355 Trap | 407.75 | 12 | L-2 |
| Samuel Fritz C-49-152 Mount Hope | 343 +/- | 12 | L-174 |
| William M. Biddle C-13-145 Dublin | 407.75 | 12 | L-174 |
| Charles Irwin A-63-13 | 400 | 13 | L-44 |
| Francis Nichols A-66-62 | 418 | 13 | L-44 |
| John Brady C-63-59 | 375 | 13 | L-44 |
| Robert Irwin A-63-14 | 457.04 | 13 | L-44 |
| Thomas Hamilton C-66-30 | 400 | 13 | L-44 |
| William Meylert #2 C-175-222 | 390 | 13 | L-44 |
| John Adlum Greensburg | 531.6 | 12 | L-2 |
| John Barron, Jr. Belair | 440.5 | 12 | L-2 |
| John Barron Trout Hall | 433 | 12 | L-2 |
| Joseph Henry Philadelphia | 444.4 | 12 | L-2 |
| Marks J. Biddle Valley | 439.8 | 12 | L-2 |
| Robert Hiltzheimer Bristol | 40 (of 512) | 12 | L-174 |

4.  The parties stipulate that title work is ongoing with respect to the properties fairly encompassed in the Counterclaim and that additional stipulations will be made as that work is completed.

Dated: December 14, 2017

Respectfully submitted,

| | |
|---|---|
| */s/ Bradley C. Bechtel*\* <br> Bradley C. Bechtel <br> W. Creigh Marston <br> 2001 Elmerton Avenue <br> Harrisburg, PA 17110 <br> brbechtel@pa.gov <br> wmartson@pa.gov <br> *\*With permission* | */s/ Laura A. Lange* <br> Laura A. Lange <br> Paul K. Stockman *(pro hac vice)* <br> McGuireWoods LLP <br> 625 Liberty Avenue, 23rd Floor <br> Pittsburgh, PA 15222 <br> llange@mcguirewoods.com <br> pstockman@mcguirewoods.com |
| *Attorneys for the Commonwealth of Pennsylvania, Pennsylvania Game Commission* | *Attorneys for Defendants/Counter-Claimants Charles Rice Kendall and Ann P. Hochberg, Trustees of the Thomas E. Proctor Heirs Trust and Bank of America, N.A. and John J. Slocum, Jr., Trustees of the Margaret O.F. Proctor Trust* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served upon the following via the Court's CM/ECF system, this 14th day of December 2017:

Bradley C. Bechtel, Esq.
W. Creigh Marston, Esq.
2001 Elmerton Avenue
Harrisburg, PA 17110-9797
Harrisburg, PA 17110
brbechtel@pa.gov
wmartson@pa.gov

Thomas Waffenschmidt, Esq.
The Waffenschmidt Law Firm, LLC
811 S. Market Street
South Williamsport, PA 17702
tom@waffenlaw.com

/s/ Laura A. Lange
Laura A. Lange