UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, PENNSYLVANIA GAME COMMISSION, | : : : : : | **CIVIL NO.: 1:12-CV-01567** |
| Plaintiff, | : : : : | (Chief Judge Conner) |
| v. | : : | |
| THOMAS E. PROCTOR HEIRS TRUST, *et al.*, | : : : | |
| Defendants. | : | |

## THIRD AMENDED CASE MANAGEMENT ORDER
February 9, 2018

Pursuant to the status conference call held on Wednesday, February 7, 2018, **IT IS ORDERED** that the following amended case management order is entered in this matter.

(1) Close of Fact Discovery:  **May 24, 2018**

(2) Expert Reports:  By the plaintiff: **June 21, 2018**
By the defendant: **July 19, 2018**
Supplements: **August 16, 2018**

(3) Close of Expert Discovery:  **September 6, 2018**

(4) Dispositive Motions and Supporting Briefs Due:  **October 4, 2018**

(5) All Pretrial and Trial Deadlines**:**  **To be determined**

**IT IS FURTHER ORDERED** that the parties shall file a status report on or before **April 18, 2018**.   A status call is scheduled for **April 25, 2018 at 10:00 a.m.** Counsel for the plaintiff shall initiate the call by calling Chambers at (717) 221-3980 after all parties are on the line.

*S/Susan E. Schwab*
Susan E. Schwab
United States Chief Magistrate Judge