# Exhibit 43

Declaration of Trust dated November 2, 1914

**EVANS, IVORY & EVANS**
ATTORNEYS AT LAW
711 FRICK BUILDING
PITTSBURGH 19, PA.

TELEPHONE GRANT 1-3740

JOHN E. EVANS, SR.
ROBERT B. IVORY
JOHN E. EVANS, JR.
HOWARD Y. CROSSLAND
RALPH S. DAVIS, JR.
JAMES C. EVANS
EARL J. CAVANAUGH
JOHN P. S. O'CONNOR

September 26, 1958

Mrs. Helen M. O'Connor
Clerk, U. S. District Court
Erie, Pennsylvania

                In re:  Proctor, et al. v. The Sagamore
                        Big Game Club, et al.
                        Civil Action 432 - Erie

Dear Mrs. O'Connor:

      I just learned from Mr. Frampton that he does not have a copy of a Declaration of Trust from Calvin H. McCauley, Jr. to the Central Pennsylvania Lumber Company dated Nov. 2, 1914, No. 89. I have located a photographic copy of this instrument and herewith enclose the same. I have so advised Mr. Frampton.

                                Very truly yours,

                                EVANS, IVORY & EVANS

                                John E. Evans, Sr.

JEE:MJP

Enc.

cc:  3 Mr. Frampton

TO ALL TO WHOM THESE PRESENTS SHALL COME, I, CALVIN H. M'CAULEY, JR., of the City of Williamsport, County of Lycoming and State of Pennsylvania, send Greeting:

WHEREAS, WILLIAM SIMONS, Treasurer of Elk County, by six certain deeds bearing date the eighth day of June in the year of our Lord one thousand nine hundred and fourteen (1914), acknowledged in open Court on the sixth day of July A.D. one thousand nine hundred and fourteen (1914), did for the consideration of Six Hundred and Eighty-five and 38/100 ($685.38) Dollars, grant and convey unto me, the said Calvin H. M'Cauley, Jr., and to my heirs and assigns, all these six (6) certain pieces, parcels or lots of land situate in Elk County, Pennsylvania, as follows:

| | Warrant | Township | Acres |
|---|---|---|---|
| 1 | 5343 QC | Benezette | 1100 |
| 2 | 4178 " | Fox | 780 |
| 3 | 4860 " | Ridgway | 400 |
| 4 | Blake Lot" | Ridgway | 500 |
| 5 | 4853 " | Ridgway | 98 |
| 6 | 4393 No | Ridgway | 605 |

NOW, KNOW YE, THAT I, CALVIN H. M'CAULEY, JR., do hereby acknowledge and declare that the said amount of Six Hundred Eighty-five and 38/100 ($685.38) Dollars, consideration money as aforesaid, was and is the proper money of the Central Pennsylvania Lumber Company, a corporation organized and existing under the laws of the State of Pennsylvania, and that my name in the said deeds is used only in trust for it, the said Central Pennsylvania Lumber Company, its successors and assigns, and for no other uses, trusts or purposes whatsoever, and that I, my heirs, executors, and administrators, shall and will, at any time hereafter, upon the request and at the proper costs and charges of the Central Pennsylvania Lumber Company, its successors or assigns, assign by good and sufficient assignment the said deeds for the said premises, together with all my right, title and interest therein, free from all incumbrances imposed thereon by me,

in such manner by it, the said Central Pennsylvania Lumber Company, its successors or assigns, by its counsel, learned in the law, shall be reasonably required.

IN WITNESS WHEREOF, I have hereunto set my hand and seal this second day of November A.D. 1914.

In the presence of:

    C. L. RADER                    CALVIN H. M'CAULEY, JR. (SEAL)

STATE OF PENNSYLVANIA, ) ss.
COUNTY OF LYCOMING.     )

BE IT REMEMBERED, that on this second day of November A.D. 1914, before me, a Notary Public, for the Commonwealth of Pennsylvania, residing in the City of Williamsport, personally appeared Calvin H. M'Cauley, Jr., who, I am satisfied is the individual named in, and who executed the above deed or conveyance, and I having first made known to him the contents thereof, he acknowledged that he signed, sealed and delivered the same as his voluntary act and deed.

WITNESS my hand and Notarial seal.

                                C. S. DuBELLE
                                Notary Public
                                Commission Expires April 7, 1917.

(NOTARIAL SEAL)