# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, PENNSYLVANIA GAME COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS E. PROCTOR HEIRS TRUST and the MARGARET O.F. PROCTOR TRUST,<br><br>Defendants. | Case No. 1:12-CV-1567<br><br>Chief Judge Conner /<br>Chief Magistrate Judge Schwab |

## JOINDER IN STATUS REPORT

Defendants-Counterclaimants Trustees of the Thomas E. Proctor Heirs Trust and Trustees of the Margaret O.F. Proctor Trust (the "Trusts") concur generally in the Status Report (ECF No. 111) filed by Plaintiff (the "PGC"). The Trusts will continue to work with the PGC to resolve outstanding discovery issues and to discuss whether or to what extent the parties can agree on a stay of discovery pending resolution of the Motion for Partial Summary Judgment (ECF No. 94) that the Trusts filed yesterday.

Dated: April 18, 2018        Respectfully submitted,

/s/ Paul K. Stockman
Paul K. Stockman (admitted *pro hac vice*)
   Pa. ID No. 66951
KAZMAREK MOWREY CLOUD LASETER LLP
One PPG Place, Suite 3100
Pittsburgh, PA 15222
Telephone: (404) 333-0572
Fax: (404) 812-0845
pstockman@kmcllaw.com

1

                Laura A. Lange
                    Pa. ID No. 310733
MCGUIREWOODS LLP
260 Forbes Avenue, Suite 1800
Pittsburgh, PA 15222
Telephone: (412) 667-6000
Fax: (412) 667-6050
llange@mcguirewoods.com

## CERTIFICATE OF SERVICE:

      I hereby certify that a true and correct copy of the foregoing was electronically filed with the Clerk of Court today via the Court's CM/ECF, and that, pursuant to Local Civil Rule 5.7, participants in the case who are registered ECF users will be served by the ECF system. Any persons so designated on the ECF receipt will be served by first class mail.

Dated:  April 18, 2018                /s/ *Paul K. Stockman*