## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, PENNSYLVANIA GAME COMMISSION, | : CIVIL ACTION – LAW |
| | : |
| | : CASE NO. 1:12-CV-1567 |
| | : |
| Plaintiff, | : JUDGE: Christopher C. Conner |
| | : |
| v. | : |
| | : |
| THOMAS E. PROCTOR HEIRS TRUST and the MARGARET O.F. PROCTOR TRUST, | : |
| | : |
| | : |
| Defendants. | : [Electronically Filed] |

### PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiff, the Commonwealth of Pennsylvania, Pennsylvania Game Commission ("Commission"), moves for partial summary judgment. Concurrently with this motion, the Commission has filed a statement of material facts, an appendix with supporting documents, and a brief in support, that states the basis for the Commission's motion for partial summary judgment. A proposed form of order is attached.

Respectfully submitted,

PENNSYLVANIA GAME COMMISSION

DATE:  July 2, 2018

s/Bradley C. Bechtel
Bradley C. Bechtel, Chief Counsel
PA No. 49681
W. Creigh Martson, Assistant Counsel

PA No. 94759
2001 Elmerton Ave.
Harrisburg, PA 17110-9797
(717) 783-6530
brbechtel@pa.gov
wmartson@pa.gov
*Attorneys for Plaintiff*

## **CERTIFICATE OF NONCONCURRENCE**

I, Bradley C. Bechtel, counsel for Plaintiff, Pennsylvania Game Commission, certify that on June 29, 2018, I sought concurrence in this Motion from Defendants' counsel.  I further certify that Defendants' counsel does not concur in this Motion.

s/Bradley C. Bechtel
Bradley C. Bechtel

## **CERTIFICATE OF SERVICE**

I certify that on July 2, 2018, I filed the attached document with the Court's ECF system such that all counsel of record will be served automatically.

s/Bradley C. Bechtel
Bradley C. Bechtel