IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, PENNSYLVANIA GAME COMMISSION, | : CIVIL ACTION – LAW<br>:<br>: CASE NO. 1:12-CV-1567<br>: |
| Plaintiff, | : JUDGE: Christopher C. Conner<br>: |
| v. | :<br>: |
| THOMAS E. PROCTOR HEIRS TRUST and the MARGARET O.F. PROCTOR TRUST, | :<br>:<br>: |
| Defendants. | : [Electronically Filed] |

**PLAINTIFF'S APPENDIX OF EXHIBITS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**

                                      PENNSYLVANIA GAME COMMISSION

DATE: July 2, 2018        s/Bradley C. Bechtel
                                          Bradley C. Bechtel, Chief Counsel
                                          PA No. 49681
                                          W. Creigh Martson, Assistant Counsel
                                          PA No. 94759
                                          2001 Elmerton Ave.
                                          Harrisburg, PA 17110-9797
                                          (717) 783-6530
                                          brbechtel@pa.gov
                                          wmartson@pa.gov
                                          *Attorneys for Plaintiff*

# **<u>APPENDIX</u>**

1. Exhibit A – Declaration of Jay Wilkinson

## **CERTIFICATE OF SERVICE**

I certify that on July 2, 2018, I filed the attached document with the Court's ECF system such that all counsel of record will be served automatically.

s/Bradley C. Bechtel
Bradley C. Bechtel
