IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA PENNSYLVANIA GAME COMMISSION, | : : : | No. 1:12-CV-1567 |
| Plaintiff, | : : | Chief Judge Conner |
| v. | : : | |
| THOMAS E. PROCTOR HEIRS TRUST, et al., | : : | |
| Defendants. | : | (Electronically Filed) |

## PLAINTIFF'S MOTION FOR RECONSIDERATION

Pursuant to Local Rule 7.10, Plaintiff moves for reconsideration of the Court's April 21, 2020 order (Doc. 184). The grounds on which the Court should grant reconsideration are stated more fully in the accompanying brief in support. A proposed form of order is attached.

Respectfully submitted,

PENNSYLVANIA GAME COMMISSION

DATE: May 5, 2020

s/Bradley C. Bechtel
Bradley C. Bechtel, Chief Counsel
PA No. 49681
W. Creigh Martson, Assistant Counsel
PA No. 94759
2001 Elmerton Ave
Harrisburg, PA 17110-9797
(717) 783-6530
brbechtel@pa.gov
wmartson@pa.gov
*Attorneys for Plaintiff*

1

## CERTIFICATE OF NON-CONCURRENCE

I hereby certify that I contacted counsel for Defendants regarding this motion. Counsel for Defendants does not concur with the relief requested by this motion.

s/Bradley C. Bechtel
Bradley C. Bechtel

## CERTIFICATE OF SERVICE

I hereby certify that, on May 5, 2020, a true and correct copy of the foregoing PLAINTIFF'S MOTION FOR RECONSIDERATION was filed electronically by way of the Court's CM/ECF system, which will send notice to all registered users, including the following:

Paul K. Stockman
Kazmarek Mowrey Cloud Laseter LLP
One PPG Place, Suite 3100
Pittsburgh, PA 15222

Laura A. Lange
1670 Sturbridge Drive
Sewickley, PA 15143

s/Bradley C. Bechtel
Bradley C. Bechtel
