## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **COMMONWEALTH OF PENNSYLVANIA, PENNSYLVANIA GAME COMMISSION,** | : : : : | **CIVIL ACTION NO. 1:12-CV-1567** |
| | : | **(Judge Conner)** |
| Plaintiff | : : | |
| v. | : : | |
| **THOMAS E. PROCTOR HEIRS TRUST and MARGARET PROCTOR TRUST,** | : : : : | |
| Defendants | : : | |

## ORDER

AND NOW, this 30th day of June, 2020, following a telephonic conference with all parties on June 29, 2020, it is hereby ORDERED that:

1.  The parties shall employ best efforts to compile and to agree upon their respective factual records for the upcoming bench trial tentatively scheduled for September 2020.

2.  Except for issues of relevance, the parties shall—if possible—attempt to amicably resolve any foundational issues regarding exhibits to be used at trial.  (<u>See generally</u> Doc. 192 at 3, 5-10).

3.  A telephonic conference will be held at **10:00 a.m. on Tuesday, August 25, 2020**, at which time the parties shall be prepared to present a briefing schedule for motions *in limine* to address any disputed evidentiary issues.


/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania