# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, PENNSYLVANIA GAME COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS E. PROCTOR HEIRS TRUST and the MARGARET O.F. PROCTOR TRUST,<br><br>Defendants. | Case No. 1:12-CV-1567<br><br>Judge Conner |

## FINAL JOINT EXHIBIT LIST

Plaintiff, the Commonwealth of Pennsylvania, Pennsylvania Game Commission ("PGC"), and Defendants, the Thomas E. Proctor Heirs Trust and the Margaret O.F. Proctor Trust (the "Trusts"), hereby submit the attached joint list of exhibits which may be used at trial. Each party reserves the right to use any exhibit designated by the other party, and to offer exhibits in rebuttal not listed hereon in the event that the party, in the exercise of reasonable diligence, was unable to ascertain in advance an argument made by the other party.

Dated: December 4, 2020

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| */s/ Bradley C. Bechtel\** <br> Bradley C. Bechtel <br> W. Creigh Martson <br> 2001 Elmerton Avenue <br> Harrisburg, PA 17110 <br> brbechtel@pa.gov <br> wmartson@pa.gov <br><br> *\*With permission* <br><br> *Attorneys for the Commonwealth of Pennsylvania, Pennsylvania Game Commission* | /s/ *Laura A. Lange* <br> Laura A. Lange <br>   Pa. ID No. 310733 <br> 1670 Sturbridge Drive <br> Sewickley, PA 15143 <br> lange@proctortrust.com <br><br> Paul K. Stockman <br>   Pa. ID No. 66951 <br> KAZMAREK MOWREY CLOUD <br>   LASETER LLP <br> One PPG Place, Suite 3100 <br> Pittsburgh, PA 15222 <br> pstockman@kmcllaw.com <br><br> *Attorneys for the Thomas E. Proctor Heirs Trust and Margaret O.F. Proctor Trust* |

| Trial Exhibit No. | Date | Author/Source | Type of Document/Bates No. | Objection (Authenticity/Admissibility) |
|---|---|---|---|---|
| **Joint Exhibits** | | | | |
| J1 | | Percheron, LLC filed by Defendants to Doc No. 97-1 | Title to Josiah Haines Warrant, Doc No. 97-1, Bates Numbers 013587-014201 | The Trusts object only to the initial letter and report through J1.007, as hearsay and improper opinion testimony |
| J2 | | PGC | PGC TITLE ABSTRACT L-2 Contract | |
| J3 | 6/5/1893; recorded 7/6/1893 | Bradford County Recorder's Office | Schrader Mining and Manufacturing to Proctor & Hill Deed (DB 197/270) | |
| J4 | 10/27/1894; recorded 1/23/1895 | Bradford County Recorder's Office | Proctor & Hill - Union Tanning Deed (DB 205/436) | |
| J5 | 5/5/1903 | Bradford County Recorder's Office | Union Tanning - CPLC Deed (DB 251/520) | |
| J6 | 12/20/1920; recorded 4/29/1921 | Bradford County Recorder's Office | CPLC - Commonwealth Deed (DB 342/376) | |
| J7 | 12/30/1924 | Bradford County Recorder's Office | Elk Tanning - CPLC Deed (DB 355/165) | |
| J8 | | Bradford County filed by Defendants to Doc No. 99-1 | Exhibit 3, Part One, List of Unseated Lands and Taxes Bradford County 1890-1895 | |

| Trial Exhibit No. | Date | Author/Source | Type of Document/Bates No. | Objection (Authenticity/Admissibility) |
|---|---|---|---|---|
| **J9** | | **Bradford County filed by Defendants to Doc. No.100-1** | **Exhibit 3, Part 2, List of Unseated Lands and Taxes Bradford county, 1896-1900** | |
| **J10** | | **Bradford County, filed by Defendants to No. 101-1** | **Exhibit 3, Part 3, List of Unseated Lands and Taxes Bradford County, 1901-1905** | |
| **J11** | | **Bradford County, filed by Defendants to No. 102-1** | **Exhibit 3, Part 4, List of Unseated Lands and Taxes Bradford County, 1906-1908** | |
| **J12** | **April 9, 1908** | **Filed by Defendants to Doc No. 105-1** | **Newspaper filed by Defendants to Do No. 105-1** | |
| **J13** | **April 16, 1908** | **Filed by Defendants to Doc. No. 105-2** | **Newspaper filed by Defendants to Doc. No. 105-2** | |
| **J14** | **April 23, 1908** | **Filed by Defendants to doc. No. 105-3** | **Newspaper filed by Defendants to Doc. No. 105-3** | |
| **J15** | **April 30, 1908** | **Filed by Defendants to Doc. No. 105-4** | **Newspaper filed by Defendants to Doc. No. 105-4** | |
| **J16** | **April 9, 1908** | **Filed by Defendants to Doc. No. 105-5** | **Newspaper filed by Defendants to Doc No. 105-5** | |
| **J17** | **April 16, 1908** | **Filed by Defendants to Doc. No. 105-6** | **Newspaper filed by Defendants to Doc. No. 105-6** | |

| Trial Exhibit No. | Date | Author/Source | Type of Document/Bates No. | Objection (Authenticity/Admissibility) |
|---|---|---|---|---|
| J18 | April 23, 1908 | Filed by Defendants to Doc. No. 106-1 | Newspaper filed by Defendants to Doc No. 106-1 | |
| J19 | April 30, 1908 | Filed by Defendants to doc. No. 106-2 | Newspaper filed by Defendants to Doc. No. 106-2 | |
| J20 | May 7, 1908 | Filed by Defendants to Doc. No. 106-3 | Newspaper filed by Defendants to Doc. No. 106-3 | |
| J21 | May 14, 1908 | Filed by Defendants to Doc. No. 106-4 | Newspaper filed by Defendants to Doc. No. 106-4 | |
| J22 | May 21, 1908 | Filed by Defendants to Doc. No. 106-5 | Newspaper filed by Defendants to Doc. No. 106-5 | |
| J23 | May 28, 1908 | Filed by Defendants to Doc. No. 107-1 | Newspaper filed by Defendants to Doc. No. 107-1 | |
| J24 | June 4, 1908 | Filed by Defendants to Doc. No. 107-2 | Newspaper filed by Defendants to Doc. No. 107-2 | |
| J25 | | Bradford County Recorder's Office | Treasurer's Deed Book Volume 7 page 189 | |
| J26 | 12/6/1910 | Bradford County Recorder's Office | McCauley - CPLC Quitclaim Deed (DB 300/401) | |
| J27 | 1806 | | Act of March 28, 1806, P.L. 644 | |
| J28 | 1815 | | Act of March 13, 1815, P.L. 177 | |

| Trial Exhibit No. | Date | Author/Source | Type of Document/Bates No. | Objection (Authenticity/Admissibility) |
|---|---|---|---|---|
| J29 | 1887 | | Act of June 6, 1887, P.L. 363 | |
| J30 | July 15, 2020 | Lauri Sekerak | Transcript of Lauri Sekerak Testimony | The PGC objects to the admissibility of the material testified to by Deponent on relevance, materiality, authenticity, and hearsay grounds, and accordingly, to some of the testimony. |
| J31 | | Gregory Gass | Transcript of Gregory Gass Testimony | The PGC objects to the admissibility of the material testified to by Deponent on relevance, materiality, authenticity, and hearsay grounds, and accordingly, to some of the testimony. |
| J32 | | Ann Hochberg | Transcript of Ann Hochberg Testimony | The PGC objects to the admissibility of the material testified to by Deponent on relevance, materiality, authenticity, and hearsay grounds, and accordingly, to some of the testimony. |
| J33 | | | Will of Thomas E. Proctor | |

| Trial Exhibit No. | Date | Author/Source | Type of Document/Bates No. | Objection (Authenticity/Admissibility) |
|---|---|---|---|---|
| **Plaintiff's Exhibits** | | | | |
| P1 | | PGC Wilkinson | Declaration and Attachments filed by PGC 7/2/2018 at Doc. No. 122-1 | The Trusts object to the admission of the Wilkinson Declaration and attachments for the reasons stated in ECF Nos. 136, 137 and 145. |
| P2 (IN REBUTTAL) | | PGC | PGC TITLE ABSTRACT L-36 (Excerpts) | The Trusts object on relevancy grounds and improper opinion testimony |
| P3 (IN REBUTTAL) | January 2, 1905 | Elk County | Certified Copy of Marriage Application and Certificate | |
| P4 (IN REBUTTAL) | October 25, 1907 | PHT | Letter from James H. Proctor to McCauley | |
| P5 (IN REBUTTAL) | October 15, 1909 | PHT | Letter from James H. Proctor to McCauley | |
| P6 (In REBUTTAL) | December 22, 1910 | PHT | Letter from James H. Proctor to McCauley, Jr. | |
| P7 (IN REBUTTAL) | April 20, 1911 | PHT | Letter from Willard Dalrymple, attorney and trustee for T.E. Proctor Estate, to McCauley, Jr. | |
| P8 (In REBUTTAL) | January 8, 1912 | PHT | Letter from James H. Proctor to McCauley, Jr. | |
| P9 (In REBUUTAL) | October 23, 1912 | PHT | Letter from James H. Proctor to McCauley, Jr. | |
| P10 (IN REBUTTAL) | December 19, 1912 | PHT | Letter from James H. Proctor to McCauley, Jr. | |

| Trial Exhibit No. | Date | Author/Source | Type of Document/Bates No. | Objection (Authenticity/Admissibility) |
|---|---|---|---|---|
| **P11 (IN REBUTTAL)** | **March 17, 1913** | **PHT** | **Letter from James H. Proctor to McCauley, Jr.** | |
| **P12 (IN REBUTTAL)** | **March 21, 1913** | **PHT** | **Letter from James H. Proctor to Spicer** | |
| **P13 (IN REBUTTAL)** | **April 10, 1913** | **PHT** | **Letter from James H. Proctor to McCauley, Jr.** | |
| **P14 (IN REBUTTAL)** | **April 14, 1913** | **PHT** | **Letter from Willard Dalrymple, attorney and trustee for T.E. Proctor Estate, to McCauley, Jr.** | |
| **P15 (IN REBUTTAL)** | **July 7, 1916** | **PHT** | **Letter from James H. Proctor to McCauley, Jr.** | |
| **P16 (IN REBUTTAL)** | **November 3, 1916** | **PHT** | **Letter from James H. Proctor to McCauley, Jr.** | |
| **P17 (IN REBUTTAL)** | **February 2, 1918** | **PHT** | **Letter from Willard Dalrymple, attorney and trustee for T.E. Proctor Estate, to McCauley, Jr.** | |
| **P18 (IN REBUTTAL)** | **August 17, 1920** | **PHT** | **Letter from Willard Dalrymple, attorney and trustee for T.E. Proctor Estate, to McCauley, Jr.** | |
| **P19 (IN REBUTTAL)** | **August 25, 1920** | **PHT** | **Letter from Willard Dalrymple, attorney and trustee for T.E. Proctor Estate, to McCauley, Jr.** | |
| **P20 (IN REBUTTAL)** | **September 8, 1920** | **PHT** | **Letter from Willard Dalrymple, attorney and trustee for T.E. Proctor Estate, to McCauley, Jr.** | |

| Trial Exhibit No. | Date | Author/Source | Type of Document/Bates No. | Objection (Authenticity/Admissibility) |
|---|---|---|---|---|
| P21 (IN REBUTTAL) | September 27, 1920 | PHT | Letter from Willard Dalrymple, attorney and trustee for T.E Proctor Estate, to McCauley, Jr. | |
| P22 (IN REBUTTAL) | October 15, 1920 | PHT | Letter from Thomas E. Proctor Estate to McCauley, Jr. | |
| P23 (IN REBUTTAL) | October 15, 1920 | PHT | Letter from Willard Dalrymple, attorney and trustee for T.E. Proctor Estate, to McCauley, Jr. | |
| P24 (IN REBUTTAL) | Undated | PHT | Letter from Thomas E. Proctor Estate to McCauley, Jr. | |
| P25 (IN REBUTTAL) | October 19, 1920 | PHT | Letter from Willard Dalrymple, attorney and trustee for T.E. Proctor Estate, to McCauley, Jr. | |
| P26 (IN REBUTTAL) | November 30, 1920 | PHT | Letter from Willard Dalrymple, attorney and trustee for T.E. Proctor Estate, to McCauley, Jr. | |
| P27 (IN REBUTTAL) | November 30, 1920 | PHT | Letter from Willard Dalrymple, attorney and trustee for T.E. Proctor Estate, to George R. Hill | |
| P28 (IN REBUTTAL) | December 8, 1920 | PHT | Letter from Willard Dalrymple, attorney and trustee for T.E. Proctor Estate, to McCauley, Jr. | |

| Trial Exhibit No. | Date | Author/Source | Type of Document/Bates No. | Objection (Authenticity/Admissibility) |
|---|---|---|---|---|
| P29 (IN REBUTTAL) | 1912 | Lycoming County Courthouse | Patent and Charter, Rock Run Coal Company | The Trusts object on relevancy grounds. |
| P30 (IN REBUTTAL) | December 21, 1910 | Green Free Library | The Agitator newspaper article "Real Estate Transfers" | The Trusts reserve the right to object on relevancy grounds depending upon the purpose for which this document is sought to be introduced. |
| P31 (IN REBUTTAL) | October 1, 2020 | | Declaration of Bryan G. Robinson | |
| P32 (IN REBUTTAL) | May 10, 1907 | PHT and Public library sources | Williamsport Sun newspaper (pp. 1 & 5) articles "Big Land Case Occupies Court" and "Resolutions Passed" | The Trusts reserve the right to object on relevancy grounds depending upon the purpose for which these documents are sought to be introduced. |
| P33 (IN REBUTTAL) | October 14, 1912 | PA Department of State | Patent and Charter, Rock Run Coal Company | The Trusts object on relevancy grounds. |
| P34 | November 10, 2020 | | Declaration of Kathy Mummert | |
| P35 | September 12, 1918 | PHT | Draft Registration | The Trusts object on relevancy grounds. |
| **Defendants' Exhibits** | | | | |
| D1 | 1890-1930 | Bradford County Historical Society | Leroy Township Assessment Book Excerpts | Cumulative as info. is reflected in Percheron abstract at Trial Exhibit J1 (Doc. No. 97-1) |

| Trial Exhibit No. | Date | Author/Source | Type of Document/Bates No. | Objection (Authenticity/Admissibility) |
|---|---|---|---|---|
| D2 | 1890-1930 | Bradford County Historical Society | Barclay Township Assessment Book Excerpts | Irrelevant; Immaterial; and PGC reserves the right to object to admissibility depending upon the purpose for which the materials are sought to be introduced. |
| D3 | 1890-1930 | Bradford County Historical Society | Overton Township Assessment Book Excerpts | Irrelevant; Immaterial; and PGC reserves the right to object to admissibility depending upon the purpose for which the materials are sought to be introduced. |
| D4 | 1907 | Pennsylvania State Archives | *Gamble, et al. v. Central Pennsylvania Lumber Company, et al.*, Paper Book of Appellants (ECF No. 103-3) | Irrelevant; Immaterial |
| D5 | 1900-1915 | PHT (ECF No. 130-2) | Proctor Estate letters to Treasurers (ECF No. 133-1) | Irrelevant; Immaterial; Hearsay; and PGC reserves the right to object to admissibility depending upon the purpose for which the materials are sought to be introduced. |
| D6 | 1905-1909 | Lycoming County Historical Society (Taber Museum) | McIntyre Township Assessments (ECF No. 130-5- to 132-1) | Irrelevant; Immaterial; and PGC reserves the right to object to admissibility depending upon the purpose for which the materials are sought to be introduced. |

| Trial Exhibit No. | Date | Author/Source | Type of Document/Bates No. | Objection (Authenticity/Admissibility) |
|---|---|---|---|---|
| D7 | 2007 | Commonwealth of Pennsylvania DCNR | DCNR Oil and Gas Fields Map (ECF No. 132-3) | Irrelevant; Immaterial |
| D8 |  | Bradford County Historical Society | Seated Land Assessment Records (Ex. B to oral argument) | Irrelevant; Immaterial; and PGC reserves the right to object to admissibility depending upon the purpose for which the materials are sought to be introduced. |
| D9 | 1897; 1917 | Library of Congress; New York State Library; Bloomsburg University of Pennsylvania Library; Bradford County Historical Society | News Articles regarding Proctor-Hill Coal Activity (Ex. H to oral argument) | Irrelevant; Immaterial; Hearsay |
| D10 | 1908 | Potter County Prothonotary | Petition and Appeal - *In re Appeal F.H. & C.W. Goodyear and Central Pennsylvania Lumber Company,* No. 82, March Term, 1908 (ECF No. 104-3) | Irrelevant; Immaterial |
| D11 | 1908 | Potter County Prothonotary | Evidence, *In re Appeal F.H. & C.W. Goodyear and Central Pennsylvania Lumber Company,* No. 82, March Term, 1908 (ECF No. 104-4) | Irrelevant; Immaterial |

| Trial Exhibit No. | Date | Author/Source | Type of Document/Bates No. | Objection (Authenticity/Admissibility) |
|---|---|---|---|---|
| D12 | 1903 | Filed by Defendants to Document No. 108-1 | First Annual Report of CPLC filed by Defendants as doc. No. 108-1 | Irrelevant; Immaterial; Hearsay; and PGC reserves the right to object to admissibility depending upon the purpose for which the materials are sought to be introduced. |
| D13 | 5/22/1903 | | Articles of Incorporation (ECF No. 107-4 to 107-5) | Irrelevant; Immaterial; and PGC reserves the right to object to admissibility depending upon the purpose for which the materials are sought to be introduced. |
| D14 | 5/22/1903 | | Certification to Auditor General of Incorporation, May 22, 1903 | Irrelevant; Immaterial; and PGC reserves the right to object to admissibility depending upon the purpose for which the materials are sought to be introduced. |
| D15 | 4/23/1904 | CPLC (successor IDC) | Letter from F.W. Simmons to McCauley, Jr., Apr. 23, 1904 (ECF No. 108-2) | Irrelevant; Immaterial; Hearsay; and Incapable of authentication |
| D16 | 9/4/1905 | CPLC (successor IDC) | Letter from A.E. Borcher to McCauley, Jr., Sept. 4, 1905 (ECF No. 108-3) | Irrelevant; Immaterial; Hearsay; and Incapable of authentication |

| Trial Exhibit No. | Date | Author/Source | Type of Document/Bates No. | Objection (Authenticity/Admissibility) |
|---|---|---|---|---|
| D17 | 12/19/1905 | CPLC (successor IDC) | Letter from W.E. Henderson to McCauley, Jr., Dec. 19, 1905 (ECF No. 108-4) | Irrelevant; Immaterial; Hearsay; and Incapable of authentication |
| D18 | 1906 | James V. Brown Library Williamsport | *Boyd's Directory of Williamsport 1906* (ECF No. 109-1) | Irrelevant; Immaterial; Hearsay |
| D19 | 1907 | James V. Brown Library Williamsport | *Boyd's Directory of Williamsport 1907* (ECF No. 109-2) | Irrelevant; Immaterial; Hearsay |
| D20 | 1908 | James V. Brown Library Williamsport | *Boyd's Directory of Williamsport 1908* (ECF No. 109-3) | Irrelevant; Immaterial; Hearsay |
| D21 | 1908 | Potter County Prothonotary | Petition and Appeal, *In re Appeal of Central Pa. Lumber Co.*, No. 179, June Term, 1908 (ECF No. 109-4) | Irrelevant; Immaterial |
| D22 | 1909 | James V. Brown Library Williamsport | *Boyd's Directory of Williamsport 1909* (ECF No. 109-5) | Irrelevant; Immaterial; Hearsay |
| D23 | 1908 | Potter County Prothonotary | Evidence, *In re Appeal of Central Pa. Lumber Co.*, No. 179, June Term, 1908 (ECF No. 109-6) | Irrelevant; Immaterial |
| D24 | 1910 | United States Census | 1910 Manuscript census schedule (ECF No. 110-7) | Irrelevant; Immaterial |

| Trial Exhibit No. | Date | Author/Source | Type of Document/Bates No. | Objection (Authenticity/Admissibility) |
|---|---|---|---|---|
| D25 | 1910 | Potter County Prothonotary | Certiorari, *In re Appeal of Central Pa. Lumber Co.,* No. 273, January Term, 1910 (ECF No. 109-7) | Irrelevant; Immaterial |
| D26 | 1910 | Pennsylvania State Archives | Paper Book of Appellants, *In re Appeal of Central Pa. Lumber Co.,* No. 273, January Term, 1910 (ECF No. 109-8) | Irrelevant; Immaterial |
| D27 | 11/2/1914 | Calvin McCauley, Jr./Federal Archives | Declaration of Trust (ECF No. 109-9) | Irrelevant; Immaterial; Hearsay |
| D28 | | Federal Archives | Appendix, *Proctor v. Sagamore Big Game Club,* No. 12715 (3d Cir.) (ECF No. 109-10) | Irrelevant; Immaterial |
| D29 | | Public Records | McCauley Quitclaim Deeds - Sullivan County DB 34, P522; SC DB 36, P. 223; LC DB 209/ Page 34 LC DB 203, Page 269; BC DB 300, Page 401; 219, LC DB 219, Page 248 | Irrelevant; Immaterial |
| D30 | 3/27/1916 | CPLC (successor IDC) | Letter from McCauley, Jr. to L.M. Otto, Jr., Mar. 27, 1916 (ECF No. 110-1) | Irrelevant; Immaterial; Hearsay; Authenticity |

15

| Trial Exhibit No. | Date | Author/Source | Type of Document/Bates No. | Objection (Authenticity/Admissibility) |
|---|---|---|---|---|
| D31 | 5/15/1916 | CPLC (successor IDC) | Letter from McCauley, Jr. to L.M. Otto, Jr., May 15, 1916 (ECF No. 110-2) | Irrelevant; Immaterial; Hearsay; Authenticity |
| D32 | 4/2/1913 and 4/4/1917 | James V. Brown Library Williamsport | *Williamsport Sun-Gazette* Articles | Irrelevant; Immaterial; Hearsay |
| D33 | 1907-1921 | PHT (ECF No. 130-2) | Proctor Trust Correspondence regarding McCauley (PROCTOR006797-6843) | Irrelevant; Immaterial; Hearsay; and PGC reserves the right to object to admissibility depending upon the purpose for which the materials are sought to be introduced. |
| D34 | 8/25/1920 | CPLC; PHT | CPLC Map of Lands (132-2; 133-11) | Irrelevant; Immaterial; Hearsay; and PGC reserves the right to object to admissibility depending upon the purpose for which the materials are sought to be introduced. |
| D35 | 1907-1930 | PHT (ECF No. 130-2) | Proctor Trust Correspondence with George Hill (133-14 to 133-24) | Irrelevant; Immaterial; Hearsay |
| D36 | 6/15/1931 | PGC Title Report | Letter from Potter to Slautterback, June 15, 1931 (ECF No. 153-4) Re Contract L-205 | Irrelevant; Immaterial; Hearsay; Improper opinion |

| Trial Exhibit No. | Date | Author/Source | Type of Document/Bates No. | Objection (Authenticity/Admissibility) |
|---|---|---|---|---|
| D37 | 8/19/1931 | PGC Title Report | Letter from Potter to CPLC, Aug. 19, 1931 (ECF No. 153-2) Re Contract L-203 | Irrelevant; Immaterial; and PGC reserves the right to object to admissibility depending upon the purpose for which the materials are sought to be introduced. |
| D38 | 8/26/1931 | PGC Title Report | Letter from A.F. Jones to Potter, Aug. 26, 1931 (ECF No. 153-3) Re Contract L-203 | Irrelevant; Immaterial; and PGC reserves the right to object to admissibility depending upon the purpose for which the materials are sought to be introduced. |
| D39 | 1904 | John Moody | *The Truth About The Trusts* (ECF No. 103-1) | Irrelevant; Immaterial; Hearsay |
| D40 | 1972 | Thomas Taber | *Sunset Along Susquehanna Waters* (ECF No. 103-2) | Irrelevant; Immaterial; Hearsay |
| D41 | 1905-1907 | CPLC (successor IDC) | Josiah Haines Plat and Ledger pages of CPLC Ledger Books (ECF No. 104-6 & 104-7)) | Authenticity; Irrelevant; Immaterial; Hearsay |
| D42 | 9/5/57 | | Stipulation, *Proctor v. Sagamore Big Game Club,* No. 12715 (3d Cir.) (ECF No. 110-4) | Irrelevant; Immaterial |
| D43 | | | Exhibit A to Complaint, *Pa. Game Comm'n v. Thomas E. Proctor Heirs Trust,* No. 493 MD 2017 (excerpts) (ECF No. 104-5) | Irrelevant; Immaterial |

17

| Trial Exhibit No. | Date | Author/Source | Type of Document/Bates No. | Objection (Authenticity/Admissibility) |
|---|---|---|---|---|
| D44 | | Bradford County Historical Society | Declaration of Henry Farley (ECF No. 96-2) | Irrelevant; Immaterial |
| D45 | | Bradford County Recorder and Register of Deeds | Declaration of Shirley Rockefeller (ECF No. 96-8) | Irrelevant; Immaterial |
| D46 | | Pennsylvania State Archives | Declaration of Jonathan Stayer (ECF No. 96-9) | Irrelevant; Immaterial |
| D47 | | Bradford County, filed by Defendants to No. 104-1 | List of Unseated Lands and Taxes Bradford County, 1906-1908 | Irrelevant; Immaterial; and PGC reserves the right to object to admissibility depending upon the purpose for which the materials are sought to be introduced. |
| D48 | 1907-1908 | James V. Brown Library | Newspaper Articles re McCauley, Jr. | Irrelevant; Immaterial; Hearsay |
| D49 | | Bradford County Historical Society / Greg Gass | Map of Schrader Lands | Irrelevant; Immaterial |
| D50 | | Bradford County Historical Society | Recapitulation Statement in Barclay Township (Ex. 52 to Reply brief – ECF No. 130-4 | Irrelevant; Immaterial |
| D51 | | Bradford County | Bradford County Unseated Land Books Excerpts (Demonstrative) | Irrelevant; Immaterial |

| Trial Exhibit No. | Date | Author/Source | Type of Document/Bates No. | Objection (Authenticity/Admissibility) |
|---|---|---|---|---|
| **D52** | **1969** | **Bradford County Recorder of Deeds** | **Deed of Exchange between PGC and County of Bradford DB 594 P 731 (ECF No. 145-1)** | **Irrelevant; Immaterial; and PGC reserves the right to object to admissibility depending upon the purpose for which the materials are sought to be introduced.** |
| **D53** | | **James V. Brown Library** | **Newspaper Articles regarding C.H. McCauley Sr.** | **Irrelevant; Immaterial; Hearsay** |