# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, PENNSYLVANIA GAME COMMISSION, | : CIVIL ACTION – LAW<br>:<br>: CASE NO. 1:12-CV-1567<br>: |
| Plaintiff, | : JUDGE: Christopher C. Conner<br>: |
| v. | :<br>: |
| THOMAS E. PROCTOR HEIRS TRUST and the MARGARET O.F. PROCTOR TRUST, | :<br>:<br>: |
| Defendants. | : [Electronically Filed] |

**APPENDIX IN SUPPORT OF PLAINTIFF'S BENCH MEMORANDUM REGARDING EVIDENTIARY OBJECTIONS**

Bradley C. Bechtel, Chief Counsel
PA No. 49681
W. Creigh Martson, Assistant Counsel
PA No. 94759
2001 Elmerton Ave.
Harrisburg, PA 17110-9797
(717) 783-6530
brbechtel@pa.gov
wmartson@pa.gov
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I certify that on April 16, 2021, I filed the attached document with the Court's ECF system such that all counsel of record will be served automatically.

s/Bradley C. Bechtel
Bradley C. Bechtel
