# EXHIBIT A

# Lycoming County DB 207 PG 563

et al., and being the same premises conveyed by Kate Hunter to the within grantor by deed dated October 17, 1874, recorded in Deed Book 6 "S" NO. 143, page 564, in the office of the Recorder of Deeds in and for Lycoming County, Pa.,

Together with all and singular, the hereditaments and appurtenances thereunto belonging, or in anywise appertaining and the reversions and remainders, rents, issues and profits thereof;

And all the estate, right, title, interest, property, claim and demand whatsoever of the said party of the first part, in law, equity, or otherwise of in, and to the same and every part thereof.

To have and to hold the above described premises with the appurtenances, unto the said party of the second part, her heirs and assigns forever.

And the said party of the first part, do hereby covenant and agree to and with the said party of the second part, that they the said party of the first part, their heirs, executors and administrators shall and will warrant and forever defend the herein above described premises, with the hereditaments and appurtenances, unto the said party of the second part, heirs and assigns, against the said party of the first part, and against every other person lawfully claiming or who shall hereafter claim the same or any part thereof.

In Witness Whereof, the said party of the first part have set their hands and seals the day and year first above written.

|  |  |
|---|---|
|  | A. C. Bennett.    Seal. |
| Signed, Sealed and Delivered in the | Jennie Bennett.   Seal. |
| presence of |  |
| H. E. Dutcher. |  |

State of New York, ) 
                   ) ss:
Ulster County,     )    On this Sixteenth day of June A. D. 1910, before me, the subscriber, a Notary Public, in and for said County and State, personally came the above named A. C. Bennett and Jennie Bennett his wife, who in due form of law acknowledged the foregoing Indenture to be their act and deed, and desired that the same might be recorded as such.

Witness my hand and Notarial Seal the day and year aforesaid.
                                          H. E. Dutcher.
                                          Notary Public, for Ulster Co,
                                          N. Y.

State of New York, )
                   ) ss;
Ulster County, Clerks )    I, John D. Fratsher, Clerk of the County of Ulster, and
Office.                    also Clerk of the Supreme Court, in and for said County, being a Court of Record, Do hereby Certify that H. E. Dutcher, whose name is subscribed to the certificate of the proof or acknowledgement of the annexed instrument and thereon written, was at the time of taking such proof and acknowledgement, a Notary Public in and for said County, Dwelling in said County, duly commissioned and sworn and authorized by the laws of said State to take the acknowledgement and proofs of deeds or Conveyances for lands, tenements or hereditaments in said State and County. And further, that I am well acquainted with the handwriting of such Notary Public and verily believe that the signature to said certificate of or acknowledgement is genuine.

In Testimony Whereof, I have hereunto set my hand and affixed the seal of said Court and County, the 17, day of June 1910.        John D. Fratsher.        (Court Seal)
Recorded June 27, 1910.                                 Clerk of Ulster County.

# Deed.

Calvin H. M'Cauley, Jr., etux,  ) This Indenture, Made the Seventeenth day of June A. D. one
                                ) thousand nine hundred and ten. (1910).
       to                       )
                                )  Between Calvin H. M'Cauley, Jr., and Florence
A. R. Spicer & B. D. Darby.     ) M., his wife, of the City of Williamsport, County of Lycoming
                                   and State of Pennsylvania, of the first part, and A. R. Spicer,
of Williamsport, Pennsylvania, and B. D. Darby, of Ridgway, Pennsylvania, of the second part:

Witnesseth, That the said parties of the first part, for and in consideration of the sum of One ($1.00) Dollar, lawful money of United States of America, to them well and truly paid by the said parties of the second part, at and before the sealing and delivery of these presents, the receipt whereof is hereby acknowledged, have granted, remised, released and quit-claimed, and by these presents do grant, remise, release and quit-claim unto the said parties of the second part, their heirs and assigns forever.

All their right, title, interest and estate, of, in and to 500 acres of Warrant NO. 4361 situate, lying and being in the Township of Pine, County of Lycoming and State of Pennsylvania

And being the same piece of land which was conveyed to the said Calvin H. M'Cauley, Jr., by Lyman Myers, Treasurer of Lycoming County by a certain deed dated July 7th, 1908, acknowledged in Open Court on September 17th, 1908, and entered in the Prothonotary's Office in Book "K" at page 266.

Together with all and singular the tenements, hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversions, remainders, rents, issues and profits thereof;

And also, all the estate, right, title, interest, property, claim and demand whatsoever, as well in law as in equity, of the said parties of the first part, of, in, or to the above described premises, and every part and parcel thereof;

To have and to hold all and singular the above mentioned and described premises, together with the appurtenances, unto the said parties of the second part, their heirs and assigns forever.

In Witness Whereof, the said parties of the first part have hereunto set their hands

207-563

564

and seals the day and year first above written.

Calvin H. M'Cauley, Jr.    Seal.
Florence M. M'Cauley.      Seal.

Signed, sealed and delivered in
the presence of
C. S. DuBelle.

State of Pennsylvania, ) ss;
County of Lycoming,   )   Be it Remembered That on this 17, day of June A. D.
1910, before me, a Notary Public, in and for said County and State,
personally appeared Calvin H. M'Cauley, Jr., and Florence M'Cauley, his wife, who I am satisfied
are the individual named in and and who executed the above Deed or Conveyance, and I having first
made known to them the contents thereof they acknowledged that they signed, sealed and delivered the
same as their voluntary act and deed.
    Witness my hand and Notarial seal.    C. S. DuBelle.    (N.P. Seal).
Recorded June 27-1910.                                    Notary Public.
                                            Commission expires April 7, 1913.

Frank M. Voyles, Recorder

---

# Deed.

Harry E. Shadle, Etux.,    ) This Indenture, Made the thirteenth day of June in the year of our
                           ) Lord one thousand nine hundred and ten (1910).
    to                     )
                           )    Between Harry Eugene Shadle, and Sarah C. Shadle, his
Robert C. Shadle.          ) wife, of Charleston-Kanawha, and State of West Virginia, parties of
the first part; and Robert C. Shadle, of the Borough of Jersey Shore,
County of Lycoming, and State of Pennsylvania, party of the second part:
    Witnesseth, That the said parties of the first part, for and in consideration of the
sum of One (1) Dollar, and other good and valuable considerations, lawful money of the United States
of America, well and truly paid by the said party of the second part to the said parties of the
first part, at and before the ensealing and delivery of these presents, the receipt whereof is
hereby acknowledged, have granted, bargained, sold, aliened, enfeoffed, released, conveyed and
confirmed, and by these presents do grant, bargain, sell, alien, enfeoff, release, convey and
Confirm unto the said party of the second part, his heirs and assigns.
    All that certain piece, parcel or lot of land situate in the First Ward, of the
Borough of Jersey Shore, County of Lycoming, and State of Pennsylvania, bounded and described as
follows, to-wit:-
    Beginning at a post on line of Main Street and land of Mrs. Keyser, etal., thence
south eighty-one and three-fourths (81-3/4) degrees west, one hundred and Ninety (190) feet to post
on line of a thirty (30) foot alley; thence south fourteen (14) degrees west, fifty-three (53) feet
to a post; thence north eighty-three and one-half (83-1/2) degrees west, One hundred and Ninety (190)
feet to Main Street aforesaid; thence north fourteen (14) degrees east, Forty-seven (47) feet to
a post, the place of beginning. Containing one-fourth (¼) acre, with the improvements thereon,
consisting of a large two story frame dwelling house, and out-buildings.
    Being the same premises, which by Deed dated June 6th, 1906, and duly recorded in
the proper Office for the Recording of Deeds, etc., in and for Lycoming County, in Deed Book
S "R" Vol. 192, page 257, etc., Wm. Riddell, Sheriff, granted and conveyed unto H. E. Shadle, the
present grantor. Reference thereunto being had will more fully and at large appear.
    Together with all and singular, the buildings, improvements, woods, ways, rights,
liberties, privileges, hereditaments and appurtenances, to the same belonging, or in anywise apper-
taining, and the reversion and reversions, remainder and remainders, rents, issues and profits
thereof; and of every part and parcel thereof;
    And also, all the estate, right, title, interest, property, possession, claim and
demand whatsoever, both in law and equity, of the said parties of the first part, of, in, and to
the said premises, with the appurtenances:
    To have and to hold the said premises, with all and singular the appurtenances,
thereto unto the said party of the second part, his heirs and assigns, to the only proper use,
benefit, and behoof of the said party of the second part, his heirs and assigns forever.
    And the said parties of the first part, their heirs, executors and administrators
do by these presents, covenant, grant and agree to and with the said party of the second part, his
heirs and assigns forever, that they the said parties of the first part, their heirs, all and sing-
ular the hereditaments and premises herein above described and granted, or mentioned and intended
so to be, with the appurtenances, unto the said party of the second part, his heirs and assigns,
against them the said parties of the first part, their heirs, and against all and every other per-
son or persons whomsoever lawfully claiming or to claim the same or any part thereof, shall and will
warrant and forever defend.
    In Witness Whereof, the said parties of the first part to these presents have hereun-
to set their hand and seal. Dated the day and year first above written.
                                            Sara C. Shadle.        Seal.
Signed, sealed and delivered in the         Harry Eugene Shadle.   Seal.
presence of -------------------

State of West Virginia, ) ss;
County of Kanawha,      )   On the 17, day day of June Anno Domini 1910, before me
a Notary Public, duly and fully qualified and commissioned, and resident
in the County and State aforesaid, personally appeared the above named Harry Eugene Shadle, and
Sarah C. Shadle, his wife, and in due form of law acknowledged the above Indenture to be their
act and deed, and desired the same might be recorded as such.
    Witness my hand and Official seal the day and year aforesaid.
                                            U. B. Atkinson.        (N.P.Seal),
Recorded June 24, 1910.                                  Notary Public.
                                            My commission expires Jany 5,1920.

Frank M. Voyles, Recorder