# EXHIBIT B

# Potter County DB 78 PG 155

155

78-
155

four links to the C. & P. A. R. R.; thence east along said R. R. to L. S. Erway's line twenty-
one & 2/10 rods; thence along said line north 10 rods to the center of highway aforesaid; thence
West along the center of said highway twenty one and 2/10 rods to the place of beginning. CON-
TAINING about two hundred and ten square rods, be the same more or less.    TOGETHER with all
and singular the tenements, hereditaments and appurtenances to the same belonging, or in any-
wise appertaining, and the reversion and reversions, remainder and remainders, rents, issues
and profits thereof; and also, all the estate, right, title, interest, property, claim and
demand whatsoever, both in law and equity, of the said party of the first part, of, in, to or
out of the said premises and every part and parcel thereof, To have and to hold the said prem-
ises, with all and singular the appurtenances, unto the said party of the second part, his
heirs and assigns, to and for the only proper use and behoof of the said part- of the second
part, his heirs and assigns forever.    IN WITNESS WHEREOF, the said party of the first part
have hereunto set their hands and seals, the day and year first above written.

Sealed and delivered in the presence of
        Montie Carey                                    Geo. E. Conable      (SEAL)
                                                        Marion E. Conable    (SEAL)

State of Pa.,
County of Potter,          SS:

              On the 11 day of Sept. A. D., 1911, before me, the subscriber, a
Justice of the Peace, personally came the above named George E. Conable and Nora Conable, his
wife; who in due form of law acknowledged the foregoing indenture to be their act and deed and
desired the same to be recorded as such.  WITNESS my hand and official seal the day and year
aforesaid..

              (J. P'S SEAL)              J. J. Morley, (SEAL) Justice of the Peace
              My commission expires May 6th, 1912.

---

DEED.

X CALVIN H. McCAULEY, Jr. & WIFE,

            TO

EMPORIUM LUMBER COMPANY.

Recorded Sept. 13, 1911.

        M. J. Leet
        Recorder.

THIS INDENTURE, Made the fifteenth day of June, A. D.,
1911, BETWEEN Calvin H. McCauley Jr., AND Florence M.
McCauley, his wife, of the City of Williamsport, County
of Lycoming and State of Pennsylvania, of the first part
AND the Emporium Lumber Company, a corporation organized
and existing under the laws of the State of Pennsylvania,
of the second part. WHEREAS on September 6th, 1910, the
Treasurer of Potter County sold at Treasurer's sale to
Calvin H. McCauley, Jr., for the unpaid taxes of 1908 and 1909, 142 acres of Warrant Ives No.
4, situate in East Fork District, Potter County, Pennsylvania, assessed to Goodyear and Cen-
tral Pennsylvania Lumber Company;  ALSO on said date said Treasurer sold at Treasurer's sale to
Calvin H. McCauley, Jr., for the unpaid taxes of 1908, 719 acres of Warrant Ives No. 4, situate
in East Fork District, Potter County, Pennsylvania, assessed to Goodyear and Central Pennsyl-
vania Lumber Company; ALSO on said date said Treasurer sold at Treasurer's sale to Calvin H.
McCauley, Jr., for the unpaid taxes of 1909, 797 acres of Warrant Ives No. 4, situate in East
Fork District, Potter County, Pennsylvania, assessed to Goodyear and Central Pennsylvania Lum-
ber Company;  ALSO on said date said Treasurer sold at Treasurer's sale to Calvin H. McCauley,
Jr., for the unpaid taxes of 1908, 78 acres of Warrant Ives No. 4, situate in East Fork Dis-
trict, Potter County, Pennsylvania, assessed to Goodyear and Central Pennsylvania Lumber Co-
mpany;  ALSO on said date said Treasurer sold at Treasurer's sale to Calvin H. McCauley, Jr.,

for the unpaid taxes of 1908 and 1909, 70 acres of Warrant Ives No. 5, situate in East Fork District, Potter County, Pennsylvania, assessed to Goodyear and Central Pennsylvania Lumber Company; ALSO on said date said Treasurer sold at Treasurer's sale to Calvin H. M'Cauley, Jr., for unpaid taxes of 1908 and 1909, 50 acres of Warrant Ives No. 6, situate in East Fork District, Potter County, Pennsylvania, assessed to Goodyear and Central Pennsylvania Lumber Company; ALSO on said date said Treasurer sold at Treasurer sold at Treasurer's sale to Calvin H. M'Cauley, Jr.; for the unpaid taxes of 1908 and 1909, 255 acres of Warrant Ives No. 7, situate in East Fork District, Potter County, Pennsylvania, assessed to Goodyear and Central Pennsylvania Lumber Company; ALSO on said date said Treasurer sold at Treasurer's sale to Calvin H. M'Cauley, Jr., for the unpaid taxes of 1908 and 1909, 24 acres of Warrant No. 5920, East Fork District, Potter County, Pennsylvania, assessed to Goodyear and Central Pennsylvania Lumber Company; ALSO on said date said Treasurer sold at Treasurer's sale to Calvin H. M'Cauley, Jr., for the unpaid taxes of 1908 and 1909, 364 acres of Warrant No. 5923, East Fork District, Potter County, Pennsylvania, assessed to Goodyear and Central Pennsylvania Lumber Company. AND WHEREAS the party of the second part claims that its title to the lands next hereinafter described may have been divested in part by said Treasurer's sales, said lands of the Emporium Lumber Company being bounded and described as follows: FIRST: IVES WARRANT NO. 6, bounded and described as follows: On the north by Warrants Numbers 5920 and 5924; on the east by Ives Warrant No. 7; on the south by Ives Warrant No. 5 and part of Ives Warrant No. 7, and on the west by Warrant No. 5908. CONTAINING eleven hundred fifteen and 2/100 (1115.02) acres, more or less. SECOND: IVES WARRANT NO. 5, East Fork Road District, bounded and described as follows: On the north by Ives Warrant No. On the East by Ives Warrant No. 7 and the William McDougal Warrant; on the South by Warrant No. 5149 and on the west by Warrant No. 5912. CONTAINING Nine hundred sixty-four and 76/100 (964.76) acres, more or less. THIRD: IVES WARRANT No. 4, East Fork Road District and Wharton Township, bounded and described as follows: On the north by Warrant No. 5912 and Ives Warrant No. 3; on the east by Warrant No. 5148; on the south by Warrants Numbers 4943 and 4942 and on the west by Ives Warrant No. 3; CONTAINING Nine hundred ninety-nine and 1/10 (999.1) acres, more or less. FOURTH: WARRANT NUMBER FIFTY-NINE HUNDRED TWENTY (5920), East Fork District, bounded and described as follows: On the north by Warrant No. 5917, on the east by Warrant No. 5924; on the south by Ives Warrant No. 6 and on the west by Warrants' Numbers 4715 and 5908. CONTAINING Twelve hundred fourteen and 36/100 (1214.36) acres, more or less. FIFTH: Those portions of WARRANTS NUMBERS 5923, 5924 and IVES WARRANT NO. 7, lying in the Hammersley Fork Watershed in East Fork District, bounded and described as follows: BEGINNING two hundred ninety-eight (298) rods west from the northeast corner of Warrant No. 5923; thence South 2° East, two hundred twenty-six (226) rods to a post; thence South 21° West, sixty-three (63) rods to the south line of Warrant No. 5923; thence south one hundred sixty (160) rods to a post; thence South 30° East, ninety-eight (98) rods to a post; thence South 50° West, eighty rods (80) to a post; thence South 20° East, fifty (50) rods to the south line of Warrant No. 5924; thence south thirty-six (36) rods to a post; thence South 45° East, one hundred sixty-six (166) rods to a post; thence South 15° East, two hundred forty-eight (248) rods to a post five and four-tenths (5.4) rods west of the southeast corner of Ives Warrant No. 7; thence west on the south line of Ives Warrant No. 7, five hundred twenty-four and six-tenths (524.6) rods to the southwest corner of Ives Warrant No. 7; thence north to the South line of Ives Warrant No. 6; thence east by the same to the southeast corner of Ives War-

rant No. 6; thence north by the east line of Ives Warrant No. 6 to the northeast corner of the same; thence westerly by the north line of Ives Warrant No. 6 to the southwest corner of Warrant No. 5924; thence north by the west line of Warrants Numbers 5924 and 5923 to the northwest corner of Warrant No. 5923; thence east by the north line of Warrant 5923 to the place of beginning. CONTAINING Fifteen hundred forty-five (1545) acres, more or less. NOW THEREFORE, THIS INDENTURE WITNESSETH: That the parties of the first part for and in considera- tion of the sum of One ($1.00) Dollar to them in hand paid, the receipt whereof is hereby acknowledged, have remised, released and quit-claimed, and by these presents do remise, re- lease and forever quit-claim unto the party of the second part, its successors and assigns, such right, title, interest and estate of the Emporium Lumber Company, party of the second part, hereto, as may have been effected or divested by said Treasurer's sales hereinbefore men- tioned and which may now be vested in the parties of the first part; it being understood that this conveyance is only of such interest as may have been or may be hereafter acquired by the said first parties under the Treasurer's sales hereinbefore mentioned, and to be without warranty of title either express or implied. TOGETHER with all and singular, the tenements, hereditaments and appurtenances thereunto belonging, or in any wise appertaining, and the reversions, remainders, rents, issues and profits thereof; AND also all the estate, right, title, interest, property, claim and demand whatsoever, as well in law as in equity, of the said parties of the first part, of, in or to the above described premises, and every part and parcel thereof, with the appurtenances. TO HAVE AND TO HOLD all and singular the above mentioned and described premises, together with the appurtenances, unto the said party of the second part, its successors and assigns forever. IN WITNESS WHEREOF the said parties of the first part have hereunto set their hands and seals the day and year first above written.

Signed, Sealed and delivered in the
Presence of                            Calvin H. M'Cauley, Jr.,        (SEAL)
Fred A. Midgley,                       Florence M. M'Cauley,           (SEAL)
C. L. Rader.

State of Pennsylvania,         ss.
County of Lycoming.

On this fifteenth day of June in the year of our Lord one thous- and nine hundred and eleven, before me, the subscriber, a Notary Public for the Commonwealth aforesaid, residing in the City of Williamsport, personally appeared C. H. M'Cauley, Jr., and Florence M. M'cauley, his wife, and in due form of law acknowledged the foregoing Indenture to be their act and deed and desired the same might be recorded as such according to law. Witness my hand and Notarial seal the day and year aforesaid.

C. S. DuBelle,
Notary Public.
(Notary's Seal)            Commission Expires April 7, 1913.

DEED.                          THIS INDENTURE, Made this     of June, 1911, between
U. B. RUSSELL & WIFE,          U. B. RUSSELL and EDA D. RUSSELL, his wife, of the
TO                             Borough of Coudersport, County of Potter and State of
EMPORIUM LUMBER COMPANY.       Pennsylvania, parties of the first part, and the EM-
                               PORIUM LUMBER COMPANY, a corporation organized and
Recorded  September 14, 1911.  existing under and by virtue of the laws of the State
                               of Pennsylvania with its principal office at Keating
Recorder.