| Trial Exhibit No. | Date | Author/Source | Type of Document/Bates No. | Objection (Authenticity/Admissibility) | |
|---|---|---|---|---|---|
| **Joint Exhibits** | | | | | |
| J1 | | Percheron, LLC filed by Defendants to Doc No. 97-1 | Title to Josiah Haines Warrant, Doc No. 97-1, Bates Numbers 013587-014201 | The Trusts object only to the initial letter and report through J1.007, as hearsay and improper opinion testimony | admitted |
| J2 | | PGC | PGC TITLE ABSTRACT L-2 Contract | Admitted | |
| J3 | 6/5/1893; recorded 7/6/1893 | Bradford County Recorder's Office | Schrader Mining and Manufacturing to Proctor & Hill Deed (DB 197/270) | Admitted | |
| J4 | 10/27/1894; recorded 1/23/1895 | Bradford County Recorder's Office | Proctor & Hill - Union Tanning Deed (DB 205/436) | Admitted | |
| J5 | 5/5/1903 | Bradford County Recorder's Office | Union Tanning - CPLC Deed (DB 251/520) | Admitted | |
| J6 | 12/20/1920; recorded 4/29/1921 | Bradford County Recorder's Office | CPLC - Commonwealth Deed (DB 342/376) | Admitted | |
| J7 | 12/30/1924 | Bradford County Recorder's Office | Elk Tanning - CPLC Deed (DB 355/165) | Admitted | |
| J8 | | Bradford County filed by Defendants to Doc No. 99-1 | Exhibit 3, Part One, List of Unseated Lands and Taxes Bradford County 1890-1895 | Admitted | |

3

| Trial Exhibit No. | Date | Author/Source | Type of Document/Bates No. | Objection (Authenticity/Admissibility) |
|---|---|---|---|---|
| J9 | | Bradford County filed by Defendants to Doc. No.100-1 | Exhibit 3, Part 2, List of Unseated Lands and Taxes Bradford county, 1896-1900 | Admitted |
| J10 | | Bradford County, filed by Defendants to No. 101-1 | Exhibit 3, Part 3, List of Unseated Lands and Taxes Bradford County, 1901-1905 | Admitted |
| J11 | | Bradford County, filed by Defendants to No. 102-1 | Exhibit 3, Part 4, List of Unseated Lands and Taxes Bradford County, 1906-1908 | Admitted |
| J12 | April 9, 1908 | Filed by Defendants to Doc No. 105-1 | Newspaper filed by Defendants to Do No. 105-1 | Admitted |
| J13 | April 16, 1908 | Filed by Defendants to Doc. No. 105-2 | Newspaper filed by Defendants to Doc. No. 105-2 | Admitted |
| J14 | April 23, 1908 | Filed by Defendants to doc. No. 105-3 | Newspaper filed by Defendants to Doc. No. 105-3 | Admitted |
| J15 | April 30, 1908 | Filed by Defendants to Doc. No. 105-4 | Newspaper filed by Defendants to Doc. No. 105-4 | Admitted |
| J16 | April 9, 1908 | Filed by Defendants to Doc. No. 105-5 | Newspaper filed by Defendants to Doc No. 105-5 | Admitted |
| J17 | April 16, 1908 | Filed by Defendants to Doc. No. 105-6 | Newspaper filed by Defendants to Doc. No. 105-6 | Admitted |

| Trial Exhibit No. | Date | Author/Source | Type of Document/Bates No. | Objection (Authenticity/Admissibility) |
|---|---|---|---|---|
| J18 | April 23, 1908 | Filed by Defendants to Doc. No. 106-1 | Newspaper filed by Defendants to Doc No. 106-1 | Admitted |
| J19 | April 30, 1908 | Filed by Defendants to doc. No. 106-2 | Newspaper filed by Defendants to Doc. No. 106-2 | Admitted |
| J20 | May 7, 1908 | Filed by Defendants to Doc. No. 106-3 | Newspaper filed by Defendants to Doc. No. 106-3 | Admitted |
| J21 | May 14, 1908 | Filed by Defendants to Doc. No. 106-4 | Newspaper filed by Defendants to Doc. No. 106-4 | Admitted |
| J22 | May 21, 1908 | Filed by Defendants to Doc. No. 106-5 | Newspaper filed by Defendants to Doc. No. 106-5 | Admitted |
| J23 | May 28, 1908 | Filed by Defendants to Doc. No. 107-1 | Newspaper filed by Defendants to Doc. No. 107-1 | Admitted |
| J24 | June 4, 1908 | Filed by Defendants to Doc. No. 107-2 | Newspaper filed by Defendants to Doc. No. 107-2 | Admitted |
| J25 | | Bradford County Recorder's Office | Treasurer's Deed Book Volume 7 page 189 | Admitted |
| J26 | 12/6/1910 | Bradford County Recorder's Office | McCauley - CPLC Quitclaim Deed (DB 300/401) | Admitted |
| J27 | 1806 | | Act of March 28, 1806, P.L. 644 | Admitted |
| J28 | 1815 | | Act of March 13, 1815, P.L. 177 | Admitted |

| Trial Exhibit No. | Date | Author/Source | Type of Document/Bates No. | Objection (Authenticity/Admissibility) | |
|---|---|---|---|---|---|
| J29 | 1887 | | Act of June 6, 1887, P.L. 363 | | |
| J30 | July 15, 2020 | Lauri Sekerak | Transcript of Lauri Sekerak Testimony | The PGC objects to the admissibility of the material testified to by Deponent on relevance, materiality, authenticity, and hearsay grounds, and accordingly, to some of the testimony. | Admtted |
| J31 | | Gregory Gass | Transcript of Gregory Gass Testimony | The PGC objects to the admissibility of the material testified to by Deponent on relevance, materiality, authenticity, and hearsay grounds, and accordingly, to some of the testimony. | Admitted |
| J32 | | Ann Hochberg | Transcript of Ann Hochberg Testimony | The PGC objects to the admissibility of the material testified to by Deponent on relevance, materiality, authenticity, and hearsay grounds, and accordingly, to some of the testimony. | Admitted |
| J33 | | | Will of Thomas E. Proctor | | Admitted |

| Trial Exhibit No. | Date | Author/Source | Type of Document/Bates No. | Objection (Authenticity/Admissibility) | |
|---|---|---|---|---|---|
| **Plaintiff's Exhibits** | | | | | |
| P1 | | PGC Wilkinson | Declaration and Attachments filed by PGC 7/2/2018 at Doc. No. 122-1 | The Trusts object to the admission of the Wilkinson Declaration and attachments for the reasons stated in ECF Nos. 136, 137 and 145. | Admitted |
| P2 (IN REBUTTAL) | | PGC | PGC TITLE ABSTRACT L-36 (Excerpts) | The Trusts object on relevancy grounds and improper opinion testimony | Admitted |
| P3 (IN REBUTTAL) | January 2, 1905 | Elk County | Certified Copy of Marriage Application and Certificate | | Admitted |
| P4 (IN REBUTTAL) | October 25, 1907 | PHT | Letter from James H. Proctor to McCauley | | Admitted |
| P5 (IN REBUTTAL) | October 15, 1909 | PHT | Letter from James H. Proctor to McCauley | | Admitted |
| P6 (In REBUTTAL) | December 22, 1910 | PHT | Letter from James H. Proctor to McCauley, Jr. | | Admitted |
| P7 (IN REBUTTAL) | April 20, 1911 | PHT | Letter from Willard Dalrymple, attorney and trustee for T.E. Proctor Estate, to McCauley, Jr. | | Admitted |
| P8 (In REBUTTAL) | January 8, 1912 | PHT | Letter from James H. Proctor to McCauley, Jr. | | Admitted |
| P9 (In REBUUTAL) | October 23, 1912 | PHT | Letter from James H. Proctor to McCauley, Jr. | | Admitted |
| P10 (IN REBUTTAL) | December 19, 1912 | PHT | Letter from James H. Proctor to McCauley, Jr. | | Admitted |

| Trial Exhibit No. | Date | Author/Source | Type of Document/Bates No. | Objection (Authenticity/Admissibility) | |
|---|---|---|---|---|---|
| P11 (IN REBUTTAL) | March 17, 1913 | PHT | Letter from James H. Proctor to McCauley, Jr. | | Admitted |
| P12 (IN REBUTTAL) | March 21, 1913 | PHT | Letter from James H. Proctor to Spicer | | Admitted |
| P13 (IN REBUTTAL) | April 10, 1913 | PHT | Letter from James H. Proctor to McCauley, Jr. | | Admitted |
| P14 (IN REBUTTAL) | April 14, 1913 | PHT | Letter from Willard Dalrymple, attorney and trustee for T.E. Proctor Estate, to McCauley, Jr. | | Admitted |
| P15 (IN REBUTTAL) | July 7, 1916 | PHT | Letter from James H. Proctor to McCauley, Jr. | | Admitted |
| P16 (IN REBUTTAL) | November 3, 1916 | PHT | Letter from James H. Proctor to McCauley, Jr. | | Admitted |
| P17 (IN REBUTTAL) | February 2, 1918 | PHT | Letter from Willard Dalrymple, attorney and trustee for T.E. Proctor Estate, to McCauley, Jr. | | Admitted |
| P18 (IN REBUTTAL) | August 17, 1920 | PHT | Letter from Willard Dalrymple, attorney and trustee for T.E. Proctor Estate, to McCauley, Jr. | | Admitted |
| P19 (IN REBUTTAL) | August 25, 1920 | PHT | Letter from Willard Dalrymple, attorney and trustee for T.E. Proctor Estate, to McCauley, Jr. | | Admitted |
| P20 (IN REBUTTAL) | September 8, 1920 | PHT | Letter from Willard Dalrymple, attorney and trustee for T.E. Proctor Estate, to McCauley, Jr. | | Admitted |

| Trial Exhibit No. | Date | Author/Source | Type of Document/Bates No. | Objection (Authenticity/Admissibility) | |
|---|---|---|---|---|---|
| P21 (IN REBUTTAL) | September 27, 1920 | PHT | Letter from Willard Dalrymple, attorney and trustee for T.E Proctor Estate, to McCauley, Jr. | | Admitted |
| P22 (IN REBUTTAL) | October 15, 1920 | PHT | Letter from Thomas E. Proctor Estate to McCauley, Jr. | | Admitted |
| P23 (IN REBUTTAL) | October 15, 1920 | PHT | Letter from Willard Dalrymple, attorney and trustee for T.E. Proctor Estate, to McCauley, Jr. | | Admitted |
| P24 (IN REBUTTAL) | Undated | PHT | Letter from Thomas E. Proctor Estate to McCauley, Jr. | | Admitted |
| P25 (IN REBUTTAL) | October 19, 1920 | PHT | Letter from Willard Dalrymple, attorney and trustee for T.E. Proctor Estate, to McCauley, Jr. | | Admitted |
| P26 (IN REBUTTAL) | November 30, 1920 | PHT | Letter from Willard Dalrymple, attorney and trustee for T.E. Proctor Estate, to McCauley, Jr. | | Admitted |
| P27 (IN REBUTTAL) | November 30, 1920 | PHT | Letter from Willard Dalrymple, attorney and trustee for T.E. Proctor Estate, to George R. Hill | | Admitted |
| P28 (IN REBUTTAL) | December 8, 1920 | PHT | Letter from Willard Dalrymple, attorney and trustee for T.E. Proctor Estate, to McCauley, Jr. | | Admitted |

| Trial Exhibit No. | Date | Author/Source | Type of Document/Bates No. | Objection (Authenticity/Admissibility) | |
|---|---|---|---|---|---|
| **P29 (IN REBUTTAL)** | 1912 | Lycoming County Courthouse | Patent and Charter, Rock Run Coal Company | The Trusts object on relevancy grounds. | Admitted |
| **P30 (IN REBUTTAL)** | December 21, 1910 | Green Free Library | The Agitator newspaper article "Real Estate Transfers" | The Trusts reserve the right to object on relevancy grounds depending upon the purpose for which this document is sought to be introduced. | Admitted |
| **P31 (IN REBUTTAL)** | October 1, 2020 | | Declaration of Bryan G. Robinson | | Admitted |
| **P32 (IN REBUTTAL)** | May 10, 1907 | PHT and Public library sources | Williamsport Sun newspaper (pp. 1 & 5) articles "Big Land Case Occupies Court" and "Resolutions Passed" | The Trusts reserve the right to object on relevancy grounds depending upon the purpose for which these documents are sought to be introduced. | Admitted |
| **P33 (IN REBUTTAL)** | October 14, 1912 | PA Department of State | Patent and Charter, Rock Run Coal Company | The Trusts object on relevancy grounds. | Admitted |
| **P34** | November 10, 2020 | | Declaration of Kathy Mummert | | Admitted |
| **P35** | September 12, 1918 | PHT | Draft Registration | The Trusts object on relevancy grounds. | Admitted |
| **Defendants' Exhibits** | | | | | |
| **D1** | 1890-1930 | Bradford County Historical Society | Leroy Township Assessment Book Excerpts | Cumulative as info. is reflected in Percheron abstract at Trial Exhibit J1 (Doc. No. 97-1) | Admitted |

P36 and P37 =ECF filing 214 and are also admitted

10

| Trial Exhibit No. | Date | Author/Source | Type of Document/Bates No. | Objection (Authenticity/Admissibility) | |
|---|---|---|---|---|---|
| D2 | 1890-1930 | Bradford County Historical Society | Barclay Township Assessment Book Excerpts | Irrelevant; Immaterial; and PGC reserves the right to object to admissibility depending upon the purpose for which the materials are sought to be introduced. | Admitted |
| D3 | 1890-1930 | Bradford County Historical Society | Overton Township Assessment Book Excerpts | Irrelevant; Immaterial; and PGC reserves the right to object to admissibility depending upon the purpose for which the materials are sought to be introduced. | Admitted |
| D4 | 1907 | Pennsylvania State Archives | *Gamble, et al. v. Central Pennsylvania Lumber Company, et al.*, Paper Book of Appellants (ECF No. 103-3) | Irrelevant; Immaterial | Admitted |
| D5 | 1900-1915 | PHT (ECF No. 130-2) | Proctor Estate letters to Treasurers (ECF No. 133-1) | Irrelevant; Immaterial; Hearsay; and PGC reserves the right to object to admissibility depending upon the purpose for which the materials are sought to be introduced. | Admitted |
| D6 | 1905-1909 | Lycoming County Historical Society (Taber Museum) | McIntyre Township Assessments (ECF No. 130-5- to 132-1) | Irrelevant; Immaterial; and PGC reserves the right to object to admissibility depending upon the purpose for which the materials are sought to be introduced. | Admitted |

| Trial Exhibit No. | Date | Author/Source | Type of Document/Bates No. | Objection (Authenticity/Admissibility) | |
|---|---|---|---|---|---|
| D7 | 2007 | Commonwealth of Pennsylvania DCNR | DCNR Oil and Gas Fields Map (ECF No. 132-3) | Irrelevant; Immaterial | Admitted |
| D8 | | Bradford County Historical Society | Seated Land Assessment Records (Ex. B to oral argument) | Irrelevant; Immaterial; and PGC reserves the right to object to admissibility depending upon the purpose for which the materials are sought to be introduced. | Admitted |
| D9 | 1897; 1917 | Library of Congress; New York State Library; Bloomsburg University of Pennsylvania Library; Bradford County Historical Society | News Articles regarding Proctor-Hill Coal Activity (Ex. H to oral argument) | Irrelevant; Immaterial; Hearsay | Admitted |
| D10 | 1908 | Potter County Prothonotary | Petition and Appeal - *In re Appeal F.H. & C.W. Goodyear and Central Pennsylvania Lumber Company,* No. 82, March Term, 1908 (ECF No. 104-3) | Irrelevant; Immaterial | Admitted |
| D11 | 1908 | Potter County Prothonotary | Evidence, *In re Appeal F.H. & C.W. Goodyear and Central Pennsylvania Lumber Company,* No. 82, March Term, 1908 (ECF No. 104-4) | Irrelevant; Immaterial | Admitted |

12

| Trial Exhibit No. | Date | Author/Source | Type of Document/Bates No. | Objection (Authenticity/Admissibility) | |
|---|---|---|---|---|---|
| D12 | 1903 | **Filed by Defendants to Document No. 108-1** | **First Annual Report of CPLC filed by Defendants as doc. No. 108-1** | Irrelevant; Immaterial; Hearsay; and PGC reserves the right to object to admissibility depending upon the purpose for which the materials are sought to be introduced. | Admitted |
| D13 | 5/22/1903 | | **Articles of Incorporation (ECF No. 107-4 to 107-5)** | Irrelevant; Immaterial; and PGC reserves the right to object to admissibility depending upon the purpose for which the materials are sought to be introduced. | Admitted |
| D14 | 5/22/1903 | | **Certification to Auditor General of Incorporation, May 22, 1903** | Irrelevant; Immaterial; and PGC reserves the right to object to admissibility depending upon the purpose for which the materials are sought to be introduced. | Admitted |
| D15 | 4/23/1904 | **CPLC (successor IDC)** | **Letter from F.W. Simmons to McCauley, Jr., Apr. 23, 1904 (ECF No. 108-2)** | Irrelevant; Immaterial; Hearsay; and Incapable of authentication | Admitted |
| D16 | 9/4/1905 | **CPLC (successor IDC)** | **Letter from A.E. Borcher to McCauley, Jr., Sept. 4, 1905 (ECF No. 108-3)** | Irrelevant; Immaterial; Hearsay; and Incapable of authentication | Admitted |

| Trial Exhibit No. | Date | Author/Source | Type of Document/Bates No. | Objection (Authenticity/Admissibility) | |
|---|---|---|---|---|---|
| D17 | 12/19/1905 | CPLC (successor IDC) | Letter from W.E. Henderson to McCauley, Jr., Dec. 19, 1905 (ECF No. 108-4) | Irrelevant; Immaterial; Hearsay; and Incapable of authentication | Admitted |
| D18 | 1906 | James V. Brown Library Williamsport | *Boyd's Directory of Williamsport 1906* (ECF No. 109-1) | Irrelevant; Immaterial; Hearsay | Admitted |
| D19 | 1907 | James V. Brown Library Williamsport | *Boyd's Directory of Williamsport 1907* (ECF No. 109-2) | Irrelevant; Immaterial; Hearsay | Admitted |
| D20 | 1908 | James V. Brown Library Williamsport | *Boyd's Directory of Williamsport 1908* (ECF No. 109-3) | Irrelevant; Immaterial; Hearsay | Admitted |
| D21 | 1908 | Potter County Prothonotary | Petition and Appeal, *In re Appeal of Central Pa. Lumber Co.*, No. 179, June Term, 1908 (ECF No. 109-4) | Irrelevant; Immaterial | Admitted |
| D22 | 1909 | James V. Brown Library Williamsport | *Boyd's Directory of Williamsport 1909* (ECF No. 109-5) | Irrelevant; Immaterial; Hearsay | Admitted |
| D23 | 1908 | Potter County Prothonotary | Evidence, *In re Appeal of Central Pa. Lumber Co.*, No. 179, June Term, 1908 (ECF No. 109-6) | Irrelevant; Immaterial | Admitted |
| D24 | 1910 | United States Census | 1910 Manuscript census schedule (ECF No. 110-7) | Irrelevant; Immaterial | Admitted |

| Trial Exhibit No. | Date | Author/Source | Type of Document/Bates No. | Objection (Authenticity/Admissibility) | |
|---|---|---|---|---|---|
| D25 | 1910 | Potter County Prothonotary | Certiorari, *In re Appeal of Central Pa. Lumber Co.,* No. 273, January Term, 1910 (ECF No. 109-7) | Irrelevant; Immaterial | Admitted |
| D26 | 1910 | Pennsylvania State Archives | Paper Book of Appellants, *In re Appeal of Central Pa. Lumber Co.,* No. 273, January Term, 1910 (ECF No. 109-8) | Irrelevant; Immaterial | Admitted |
| D27 | 11/2/1914 | Calvin McCauley, Jr./Federal Archives | Declaration of Trust (ECF No. 109-9) | Irrelevant; Immaterial; Hearsay | Admitted |
| D28 | | Federal Archives | Appendix, *Proctor v. Sagamore Big Game Club,* No. 12715 (3d Cir.) (ECF No. 109-10) | Irrelevant; Immaterial | Admitted |
| D29 | | Public Records | McCauley Quitclaim Deeds - Sullivan County DB 34, P522; SC DB 36, P. 223; LC DB 209/ Page 34 LC DB 203, Page 269; BC DB 300, Page 401; 219, LC DB 219, Page 248 | Irrelevant; Immaterial | Admitted |
| D30 | 3/27/1916 | CPLC (successor IDC) | Letter from McCauley, Jr. to L.M. Otto, Jr., Mar. 27, 1916 (ECF No. 110-1) | Irrelevant; Immaterial; Hearsay; Authenticity | Admitted |

15

| Trial Exhibit No. | Date | Author/Source | Type of Document/Bates No. | Objection (Authenticity/Admissibility) | |
|---|---|---|---|---|---|
| D31 | 5/15/1916 | CPLC (successor IDC) | Letter from McCauley, Jr. to L.M. Otto, Jr., May 15, 1916 (ECF No. 110-2) | Irrelevant; Immaterial; Hearsay; Authenticity | Admitted |
| D32 | 4/2/1913 and 4/4/1917 | James V. Brown Library Williamsport | *Williamsport Sun-Gazette* Articles | Irrelevant; Immaterial; Hearsay | Admitted |
| D33 | 1907-1921 | PHT (ECF No. 130-2) | Proctor Trust Correspondence regarding McCauley (PROCTOR006797-6843) | Irrelevant; Immaterial; Hearsay; and PGC reserves the right to object to admissibility depending upon the purpose for which the materials are sought to be introduced. | Admitted |
| D34 | 8/25/1920 | CPLC; PHT | CPLC Map of Lands (132-2; 133-11) | Irrelevant; Immaterial; Hearsay; and PGC reserves the right to object to admissibility depending upon the purpose for which the materials are sought to be introduced. | Admitted |
| D35 | 1907-1930 | PHT (ECF No. 130-2) | Proctor Trust Correspondence with George Hill (133-14 to 133-24) | Irrelevant; Immaterial; Hearsay | Admitted |
| D36 | 6/15/1931 | PGC Title Report | Letter from Potter to Slautterback, June 15, 1931 (ECF No. 153-4) Re Contract L-205 | Irrelevant; Immaterial; Hearsay; Improper opinion | Admitted |

16

| Trial Exhibit No. | Date | Author/Source | Type of Document/Bates No. | Objection (Authenticity/Admissibility) | |
|---|---|---|---|---|---|
| D37 | 8/19/1931 | PGC Title Report | Letter from Potter to CPLC, Aug. 19, 1931 (ECF No. 153-2) Re Contract L-203 | Irrelevant; Immaterial; and PGC reserves the right to object to admissibility depending upon the purpose for which the materials are sought to be introduced. | Admitted |
| D38 | 8/26/1931 | PGC Title Report | Letter from A.F. Jones to Potter, Aug. 26, 1931 (ECF No. 153-3) Re Contract L-203 | Irrelevant; Immaterial; and PGC reserves the right to object to admissibility depending upon the purpose for which the materials are sought to be introduced. | Admitted |
| D39 | 1904 | John Moody | *The Truth About The Trusts* (ECF No. 103-1) | Irrelevant; Immaterial; Hearsay | NOT admitted |
| D40 | 1972 | Thomas Taber | *Sunset Along Susquehanna Waters* (ECF No. 103-2) | Irrelevant; Immaterial; Hearsay | NOT admitted |
| D41 | 1905-1907 | CPLC (successor IDC) | Josiah Haines Plat and Ledger pages of CPLC Ledger Books (ECF No. 104-6 & 104-7)) | Authenticity; Irrelevant; Immaterial; Hearsay | Admitted |
| D42 | 9/5/57 | | Stipulation, *Proctor v. Sagamore Big Game Club,* No. 12715 (3d Cir.) (ECF No. 110-4) | Irrelevant; Immaterial | NOT admitted |
| D43 | | | Exhibit A to Complaint, *Pa. Game Comm'n v. Thomas E. Proctor Heirs Trust,* No. 493 MD 2017 (excerpts) (ECF No. 104-5) | Irrelevant; Immaterial | Admitted |

17

| Trial Exhibit No. | Date | Author/Source | Type of Document/Bates No. | Objection (Authenticity/Admissibility) | |
|---|---|---|---|---|---|
| D44 | | Bradford County Historical Society | Declaration of Henry Farley (ECF No. 96-2) | Irrelevant; Immaterial | Admitted |
| D45 | | Bradford County Recorder and Register of Deeds | Declaration of Shirley Rockefeller (ECF No. 96-8) | Irrelevant; Immaterial | Admitted |
| D46 | | Pennsylvania State Archives | Declaration of Jonathan Stayer (ECF No. 96-9) | Irrelevant; Immaterial | Admitted |
| D47 | | Bradford County, filed by Defendants to No. 104-1 | List of Unseated Lands and Taxes Bradford County, 1906-1908 | Irrelevant; Immaterial; and PGC reserves the right to object to admissibility depending upon the purpose for which the materials are sought to be introduced. | Admitted |
| D48 | 1907-1908 | James V. Brown Library | Newspaper Articles re McCauley, Jr. | Irrelevant; Immaterial; Hearsay | Admitted |
| D49 | | Bradford County Historical Society / Greg Gass | Map of Schrader Lands | Irrelevant; Immaterial | Admitted |
| D50 | | Bradford County Historical Society | Recapitulation Statement in Barclay Township (Ex. 52 to Reply brief – ECF No. 130-4 | Irrelevant; Immaterial | Admitted |
| D51 | | Bradford County | Bradford County Unseated Land Books Excerpts (Demonstrative) | Irrelevant; Immaterial | Admitted |

18

| Trial Exhibit No. | Date | Author/Source | Type of Document/Bates No. | Objection (Authenticity/Admissibility) | |
|---|---|---|---|---|---|
| D52 | 1969 | Bradford County Recorder of Deeds | Deed of Exchange between PGC and County of Bradford DB 594 P 731 (ECF No. 145-1) | Irrelevant; Immaterial; and PGC reserves the right to object to admissibility depending upon the purpose for which the materials are sought to be introduced. | Admitted |
| D53 | | James V. Brown Library | Newspaper Articles regarding C.H. McCauley Sr. | Irrelevant; Immaterial; Hearsay | Admitted |