IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **COMMONWEALTH OF PENNSYLVANIA, PENNSYLVANIA GAME COMMISSION,** | : : : : | CIVIL ACTION NO. 1:12-CV-1567 (Judge Conner) |
| **Plaintiff** | : : | |
| v. | : : | |
| **THOMAS E. PROCTOR HEIRS TRUST,** | : : : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 3rd day of December, 2021, after convening a bench trial in this matter, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Judgment is ENTERED in favor of defendant Thomas E. Proctor Heirs Trust on the issue of subsurface ownership in the bellwether Josiah Haines warrant only.

2. The court will schedule, by separate order, a telephone conference with counsel to address remaining matters in the above litigation.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania