**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, PENNSYLVANIA GAME COMMISSION, | : CIVIL ACTION – LAW |
| | : |
| | : CASE NO. 1:12-CV-1567 |
| Plaintiff, | : |
| | : JUDGE: Christopher C. Conner |
| v. | : |
| | : |
| THOMAS E. PROCTOR HEIRS TRUST, | : |
| | : |
| Defendant. | : [Electronically Filed] |

**PLAINTIFF'S MOTION TO CERTIFY THIS COURT'S DECEMBER 3, 2021 ORDER FOR INTERLOCUTORY APPEAL UNDER 28 U.S.C. § 1292(b) AND TO STAY PROCEEDINGS**

Plaintiff, the Commonwealth of Pennsylvania, Pennsylvania Game Commission (the "Commission"), hereby moves to certify the Court's December 3, 2021 order (Doc. 223) for interlocutory appeal under 28 U.S.C. § 1292(b) and to stay proceedings in this case pending resolution of the Commission's appeal. Specifically, the Commission requests that the Court certify the following questions

under 28 U.S.C. § 1292(b):

(A)   Whether, under Pennsylvania law, a 1908 tax sale of unseated land that was statutorily authorized, conducted by the proper authorities, and held in response to unpaid taxes can be collaterally attacked, over a century after the statutorily authorized time to challenge the tax sale has run, on the alleged basis that the separate surface and subsurface estates were reported and should have been separately assessed prior to the tax sale.

(B)   Whether, under Pennsylvania law, there was a duty obligating the surface owner to pay the taxes on unseated land that would transform a 1908 tax-sale purchase of unseated land by the owner's purported agent into a redemption.

The grounds supporting this request are set forth in the Commission's supporting brief in support of this motion.

Respectfully Submitted,

PENNSYLVANIA GAME COMMISSION

Dated: December 29, 2021          By:   s/Bradley C. Bechtel
                                        Bradley C. Bechtel
                                        PA No. 49681
                                        William Creigh Martson
                                        PA No. 94759
                                        2001 Elmerton Avenue
                                        Harrisburg, PA 17110
                                        717-787-4250
                                        brbechtel@pa.gov
                                        wmartson@pa.gov

                                        *Attorneys for Plaintiff,*
                                        *Pennsylvania Game Commission*

## <u>CERTIFICATE OF NON-CONCURRENCE</u>

I hereby certify that I sought concurrence from Defendant's counsel in relation to this motion.  Defendant's counsel has not concurred in this motion.

s/Bradley C. Bechtel
Bradley C. Bechtel

## <u>CERTIFICATE OF SERVICE</u>

I certify that on December 29, 2021, I filed the attached document with the Court's ECF system such that all counsel of record will be served automatically.

s/Bradley C. Bechtel
Bradley C. Bechtel