## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, PENNSYLVANIA GAME COMMISSION, | : CIVIL ACTION – LAW |
| | : |
| | : CASE NO. 1:12-CV-1567 |
| Plaintiff, | : |
| | : JUDGE: Christopher C. Conner |
| v. | : |
| | : |
| THOMAS E. PROCTOR HEIRS TRUST, | : |
| | : |
| Defendant. | : |

## <u>ORDER</u>

AND NOW, THIS ___ DAY OF _____, 20__, upon consideration of Plaintiff's Motion for Certification and Stay, IT IS HEREBY ORDERED THAT the Plaintiff's Motion is GRANTED AS FOLLOWS:

1.    The Court's December 3, 2021 Order (Doc. 223) is CERTIFIED to the United States Court of Appeals for the Third Circuit for review pursuant to 28 U.S.C. § 1292(b). The following issues are CERTIFIED for review as presenting controlling questions of law as to which there are substantial grounds for difference of opinion and as to which an immediate appeal from the December 3, 2021 Order may materially advance the ultimate termination of the litigation:

(A)    Whether, under Pennsylvania law, a 1908 tax sale of unseated land that was statutorily authorized, conducted by the proper authorities, and held in response

to unpaid taxes can be collaterally attacked, over a century after the statutorily authorized time to challenge the tax sale has run, on the alleged basis that the separate surface and subsurface estates were reported and should have been separately assessed prior to the tax sale.

(B)    Whether, under Pennsylvania law, there was a duty obligating the surface owner to pay the taxes on unseated land that would transform a 1908 tax-sale purchase of unseated land by the owner's purported agent into a redemption.

2.    Pursuant to 28 U.S.C. § 1292(b), within ten days of entry of this Order, Plaintiff must submit an application to the Court of Appeals for the Third Circuit.

3.    The above-captioned action is STAYED pending a determination by the Court of Appeals for the Third Circuit whether it will permit the interlocutory appeal, and if so, the resolution of the interlocutory appeal by the Court of Appeals.

_____
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania