*Pennsylvania Game Commission v. Proctor Heirs Trust et al.,*
Case No. 1:12-cv-1567

| | SGL# | Year | PGC Contract | PGC Deed | Parcel # | Warrant Name | Proctor In Deed | Proctor Res Deed | Tax Sale |
|---|---|---|---|---|---|---|---|---|---|
| State Game Land 12 | 12 | 1921 | L-2 | 342/376 | | Andrew Graydon "Hill" | 197-270(B) | 205-436(B) | McCauley 1908 - DB 300/401 |
| | 12 | 1921 | L-2 | 342/376 | | Andrew Graydon "Northumberland" | 197-270(B) | 205-436(B) | McCauley 1908 - DB 300/401 |
| | 12 | 1921 | L-2 | 342/376 | | Benjamin Pennington "Danville" | 197-270(B) | 205-436(B) | McCauley 1908 - DB 300/401 |
| | 12 | 1921 | L-2 | 342/376 | | Bernard Gratz "Nice Stadt" | 197-270(B) | 205-436(B) | McCauley 1908 - DB 300/401 |
| | 12 | 1921 | L-2 | 342/376 | | Charles Hall "Mount Pleasant" | 197-270(B) | 205-436(B) | NO TAX SALE |
| | 12 | 1921 | L-2 | 342/376 | | Clement Biddle "Baltimore" | 197-270(B) | 205-436(B) | McCauley 1908 - DB 300/401 |
| | 12 | 1921 | L-2 | 342/376 | | Collinson Reed "Grove" | 197-270(B) | 205-436(B) | McCauley 1908 - DB 300/401 |
| | 12 | 1921 | L-2 | 342/376 | | Hyman Gratz "Reading" | 197-270(B) | 205-436(B) | McCauley 1908 - DB 300/401 |
| | 12 | 1921 | L-2 | 342/376 | | James Shoemaker | 197-270(B) | 205-436(B) | McCauley 1908 - DB 300/401 |
| | 12 | 1921 | L-2 | 342/376 | | John Adlum "Greensburg" | 197-270(B) | 205-436(B) | McCauley 1908 - DB 300/401 (433.5 acres) Remaining acreage NO TAX SALE |
| | 12 | 1921 | L-2 | 342/376 | | John Barron, Jr. | 197-270(B) | 205-436(B) | McCauley 1908 - DB 300/401 |
| | 12 | 1921 | L-2 | 342/376 | | John Barron | 197-270(B) | 205-436(B) | McCauley 1908 - DB 300/401 |
| | 12 | 1921 | L-2 | 342/376 | | John Boyd "Ostend" | 197-270(B) | 205-436(B) | McCauley 1908 - DB 300/401 |
| | 12 | 1921 | L-2 | 342/376 | | Joseph Henry "Philadelphia" | 197-270(B) | 205-436(B) | McCauley 1908 - DB 300/401 |
| | 12 | 1921 | L-2 | 342/376 | | Joseph Simons "Sunburg" | 197-270(B) | 205-436(B) | McCauley 1908 - DB 300/401 |
| | 12 | 1921 | L-2 | 342/376 | | Josiah Haines "Trap" | 197-270(B) | 205-436(B) | McCauley 1908 - DB 300/401 |
| | 12 | 1921 | L-2 | 342/376 | | Mark J./I. Biddle "Valley" | 197-270(B) | 205-436(B) | McCauley 1908 - DB 300/401 |
| | 12 | 1921 | L-2 | 342/376 | | Michael Gratz "Vaux Hall" | 197-270(B) | 205-436(B) | NO TAX SALE |
| | 12 | 1921 | L-2 | 342/376 | | William Parker "Chester" | 197-270(B) | 205-436(B) | NO TAX SALE |
| | 12 | 1921 | L-2 | 342/376 | | William Wilson "Mifflinsburg" | 197-270(B) | 205-436(B) | NO TAX SALE |
| | 12 | 1930 | L-174 | 376/99 | Second | Aaron Fritz (BC & SC) | 14/249 | 205/436 | McCauley 1908 - DB 36/223 |
| | 12 | 1930 | L-174 | 376/99 | Second | George Eckhart (BC & SC) | 197/270 | 205/436 | McCauley 1908 - DB 36/223 (SC); NO TAX SALE Bradford County |
| | 12 | 1930 | L-174 | 376/99 | Second | George Glenworth | 197/270 | 205/436 | NO TAX SALE |

Exhibit A

| | SGL# | Year | PGC Contract | PGC Deed | Parcel # | Warrant Name | Proctor In Deed | Proctor Res Deed | Tax Sale |
|---|---|---|---|---|---|---|---|---|---|
| | 12 | 1930 | L-174 | 376/99 | Second | Henry Cooley (BC & SC) | 169/326 17/463 | 205/436 | McCauley 1908 - DB 300/401 |
| | 12 | 1930 | L-174 | 376/99 | Second | Jacob Hiltzheimer | 197/270 | 205/436 | McCauley 1908 - DB 300/401 |
| | 12 | 1930 | L-174 | 376/99 | Second | James Betz | 152/291 | 205/436 | McCauley 1908 - DB 300/401 |
| | 12 | 1930 | L-174 | 376/99 | Second | James Collins | 197/270 | 205/436 | NO TAX SALE |
| | 12 | 1930 | L-174 | 376/99 | Second | James Hardy | 152/291 | 205/436 | McCauley 1908 - DB 300/401 |
| | 12 | 1930 | L-174 | 376/99 | Fifth | James Shoemaker | 197/270 | 205/436 | McCauley 1908 - DB 300/401 |
| | 12 | 1930 | L-174 | 376/99 | Second | John Baker | 197/270 | 205/436 | NO TAX SALE |
| | 12 | 1930 | L-174 | 376/99 | Second | John Betz | 152/291 | 205/436 | McCauley 1908 - DB 300/401 |
| | 12 | 1930 | L-174 | 376/99 | Second | John Fritz (BC &SC) | 169/326 17/463 | 205/436 | McCauley 1908 - DB 300/401 (BC); McCauley 1908 - DB 36/223 (SC) |
| | 12 | 1930 | L-174 | 376/99 | Forth | John Patton | 197/270 | 205/436 | McCauley 1908 - DB 300/401 |
| | 12 | 1930 | L-174 | 376/99 | Second | Jonathan Seeley | 152/291 | 205/436 | NO TAX SALE |
| | 12 | 1930 | L-174 | 376/99 | Second | Richard (Robert) Irwin | 197/270 | 205/436 | McCauley 1908 - DB 300/401 |
| State Gameland 12 | 12 | 1930 | L-174 | 376/99 | Second | Richard Fullerton (SC) | 14/658 + TD | 205/436 | McCauley 1908 - DB 36/223 |
| | 12 | 1930 | L-174 | 376/99 | Third | Richard Fullerton (SC) | 14/230 + TD | 205/436 | 36/696 |
| | 12 | 1930 | L-174 | 376/99 | Second | Robert Comely (SC) | 14/249 | 205/436 | McCauley 1908 - DB 36/223 |
| | 12 | 1930 | L-174 | 376/99 | Second | Robert Hiltzheimer | 197/270 | 205/436 | McCauley 1908 - DB 300/401 (40 acres); Remaining acreage NO TAX SALE |
| | 12 | 1930 | L-174 | 376/99 | Second | Samuel Bryson (SC) | 14/249 | 205/436 | McCauley 1908 - DB 36/223; DB36/696 |
| | 12 | 1930 | L-174 | 376/99 | Second | Samuel Fritz | 152/291 | 205/436 | McCauley 1908 - DB 300/401 |
| | 12 | 1930 | L-174 | | | Thomas Hiltheimer "Montgomery" | 197-270(B) | | McCauley 1908 - DB 300/401 |
| | 12 | 1930 | L-174 | 376/99 | Sixth | Thomas Hiltzheimer | 197/270 | 205/436 | McCauley 1908 - DB 300/401 |
| | 12 | 1930 | L-174 | 376/99 | Second | William M. Biddle | 197/270 | 205/436 | McCauley 1908 - DB 300/401 |
| | 12 | 1930 | L-174 | 376/99 | | Tract First | 14-230(S) | | duplicate description of warrant property |
| | 12 | 1930 | L-174 | 376/99 | | P/O Richard Fullerton) | 14-230(S) | 205/436 (B) | duplicate description of warrant property |
| | 12 | 1930 | L-174 | 376/99 | | ALSO | 14-230(S) | | duplicate description of warrant property |

*Pennsylvania Game Commission v. Proctor Heirs Trust et al.,*
Case No. 1:12-cv-1567

| | SGL# | Year | PGC Contract | PGC Deed | Parcel # | Warrant Name | Proctor In Deed | Proctor Res Deed | Tax Sale |
|---|---|---|---|---|---|---|---|---|---|
| **State Game Land 12** | 12 | 1930 | L-174 | 376/99 | | Tract FOURTH | 14-230(S) | | duplicate description of warrant property |
| | 12 | 1930 | L-174 | 376/99 | | Also one other | 14-230(S) | | duplicate description of warrant property |
| | 12 | 1930 | L-174 | 376/99 | | 12 acres | 14-233(S) | | duplicate description of warrant property |
| | 12 | 1930 | L-174 | 376/99 | | 53 acres | 14-233(S) | | duplicate description of warrant property |
| | 12 | 1930 | L-174 | 376/99 | | 75 acres | 14-658 (S) | | duplicate description of warrant property |
| | 12 | 1930 | L-174 | | | Tract reciting 14-658 | | 205-436(B) | duplicate description of warrant property |
| | 12 | 1930 | L-174 | | | 58 acres recites 14-230 Sullivan County | | 205-436(B) | duplicate description of warrant property |
| | 12 | 1930 | L-174 | | | and Richard Fullerton  Sullivan County | | 205-436(B) | duplicate description of warrant property |
| | 12 | 1930 | L-174 | | | 206 acres Sullivan M&B only | | 205-436(B) | duplicate description of warrant property |
| | 12 | 1930 | L-174 | | | 299 acres M&B only Sullivan County | | 205-436(B) | duplicate description of warrant property |
| | 12 | 1963 | L- 1737 | | | Peter Boynton "Oxford" | 197-270(B) | 205-436(B) | McCauley 1908 - DB 300/401 |
| | 12 | 1963 | L- 1737 | | | Peter Z. Lloyd "Wilmington" | 197-270(B) | 205-436(B) | NO TAX SALE |
| **State Game Land 13** | 13 | 1924 | L-36 | 42/254 | n/a | Alexander Hunter | 21/376 | 24/53 | McCauley 1908 - DB 36/223 |
| | 13 | 1924 | L-36 | 42/254 | n/a | Andrew Epple | 21/376 | 24/53 | McCauley 1908 - DB 36/223 |
| | 13 | 1924 | L-36 | 42/254 | n/a | Anthony Gearhart | 21/376 | 24/53 | McCauley 1908 - DB 36/223 |
| | 13 | 1924 | L-36 | 42/254 | n/a | Charles Williamson | 21/376 | 24/53 | McCauley 1908 - DB 36/223 |
| | 13 | 1924 | L-36 | 42/254 | n/a | Daniel Smith | 21/376 | 24/53 | McCauley 1908 - DB 36/223 |
| | 13 | 1924 | L-36 | 42/254 | n/a | Elizabeth Colt | 21/376 | 24/53 | McCauley 1908 - DB 36/223 |
| | 13 | 1924 | L-36 | 42/254 | n/a | George Gearhart | 21/376 | 24/53 | McCauley 1908 - DB 36/223 |
| | 13 | 1924 | L-36 | 42/254 | n/a | Henry Epple | 21/376 | 24/53 | McCauley 1908 - DB 36/223 |
| | 13 | 1924 | L-36 | 42/254 (S) | n/a | Henry Epple Green | 197-270(B) | 24/53 (S) | McCauley 1908 - DB 36/223 |
| | 13 | 1924 | L-36 | 42/254 | n/a | Henry Lebo | 21/376 | 24/53 | McCauley 1908 - DB 36/223 |

*Pennsylvania Game Commission v. Proctor Heirs Trust et al.,*
Case No. 1:12-cv-1567

| | SGL# | Year | PGC Contract | PGC Deed | Parcel # | Warrant Name | Proctor In Deed | Proctor Res Deed | Tax Sale |
|---|---|---|---|---|---|---|---|---|---|
| | 13 | 1924 | L-36 | 42/254 | n/a | James Tower | 21/376 | 24/53 | McCauley 1908 - DB 36/223 |
| State Game Land 13 | 13 | 1924 | L-36 | 42/254 | n/a | Jonathan Walker | 21/376 | 24/53 | McCauley 1908 - DB 36/223 |
| | 13 | 1924 | L-36 | 42/254 | n/a | Josiah Haines | 21/376 | 24/53 | McCauley 1908 - DB 36/223 |
| | 13 | 1924 | L-36 | 42/254 | n/a | Mary Gearhart | 21/376 | 24/53 | McCauley 1908 - DB 36/223 |
| | 13 | 1924 | L-36 | 42/254 | n/a | Nathaniel Colt | 21/376 | 24/53 | McCauley 1908 - DB 36/223 |
| | 13 | 1924 | L-36 | 42/254 | n/a | Robert (Richard) Parker | 21/376 | 24/53 | McCauley 1908 - DB 36/223 |
| | 13 | 1924 | L-36 | 42/254 | n/a | Robert Gray | 21/376 (S) | 24/53 (S); 29-613(S) | NO TAX SALE |
| | 13 | 1924 | L-36 | 42/254 | n/a | Samuel Young | 21/376 | 24/53 | McCauley 1908 - DB 36/223 |
| | 13 | 1924 | L-36 | 42/254 | n/a | Thomas Grant | 21/376 | 24/53 | McCauley 1908 - DB 36/223 |
| | 13 | 1924 | L-36 | 42/254 | n/a | Thomas Rees | 21/376 | 24/53 | McCauley 1908 - DB 36/223 |
| | 13 | 1924 | L-36 | 42/254 | n/a | William Gearhart | 21/376 | 24/53 | McCauley 1908 - DB 36/223 |
| | 13 | 1924 | L-36 | 42/254 | n/a | William Steadman | 21/376 | 24/53 | McCauley 1908 - DB 36/223 |
| | 13 | 1924 | L-44 | 42/532 | n/a | Charles Irwin | 21/376 | 24/53 | McCauley 1908 - DB 36/223 |
| | 13 | 1924 | L-44 | 42/532 | n/a | Francis Nichols | 21/376 | 24/53 | McCauley 1908 - DB 36/223 |
| | 13 | 1924 | L-44 | 42/532 | n/a | John Brady | 21/376 | 24/53 | McCauley 1908 - DB 36/223 |
| | 13 | 1924 | L-44 | 42/532 | n/a | Robert Irwin | 21/376 | 24/53 | McCauley 1908 - DB 36/223 |
| | 13 | 1924 | L-44 | 42/532 | n/a | Thomas Hamilton | 21/376 | 24/53 | McCauley 1908 - DB 36/223 |
| | 13 | 1924 | L-44 | 42/532 | n/a | William Mylert #2 | 21/376 | 24/53 | McCauley 1908 - DB 36/223 |
| | 13 | 1930 | L-201 | 47/450 | n/a | Ann F. Meylert | 21/376 | 24/53 | McCauley 1908 - DB 36/223 |
| | 13 | 1930 | L-201 | 47/450 | n/a | Archibald Evans | 21/376 | 24/53 | PHT Does Not Claim |
| | 13 | 1930 | L-201 | 47/450 | n/a | Ezekial Yarnall | 21/376 | 24/53 | Jones 1926 - DB 44/275 |
| | 13 | 1930 | L-201 | 47/450 | n/a | Isaac Kirk | 21/376 | 24/53 | McCauley 1908 - DB 36/223 |
| | 13 | 1930 | L-201 | 47/450 | n/a | John James | 21/376 | 24/53 | McCauley 1908 - DB 36/223 |
| | 13 | 1930 | L-201 | 47/450 | n/a | Levi James | 21/376 | 24/53 | McCauley 1908 - DB 36/223; Jones 1926 - DB 44/275 |
| | 13 | 1930 | L-201 | 47/450 | n/a | Mary Giffin | 21/376 | 24/53 | McCauley 1908 - DB 36/223 |

Exhibit A

| | SGL# | Year | PGC Contract | PGC Deed | Parcel # | Warrant Name | Proctor In Deed | Proctor Res Deed | Tax Sale |
|---|---|---|---|---|---|---|---|---|---|
| | 13 | 1930 | L-201 | 47/450 | n/a | Michael Meylert #3 | 21/376 | 24/53 | Jones 1926 - DB 44/275 |
| State Game Land 13 | 13 | 1930 | L-201 | 47/450 | n/a | Michael Meylert #1 | 21/376 | 24/53 | Jones 1926 - DB 44/275 |
| | 13 | 1930 | L-201 | 47/450 | n/a | Michael Meylert #2 | 21/376 | 24/53 | Jones 1926 - DB 44/275 |
| | 13 | 1930 | L-201 | 47/450 | n/a | Michael Meylert #4 | 21/376 | 24/53 | McCauley 1908 - DB 36/223 |
| | 13 | 1930 | L-201 | 47/450 | n/a | Thomas Woodside | 21/376 | 24/53 | McCauley 1910 - DB 36/696; Jones 1926 - DB 44/275 |
| | 13 | 1930 | L-201 | 47/450 | n/a | William Meylert #1 | 21/376 | 24/53 | McCauley 1908 - DB 36/223 |
| | 13 | 1931 | L-201 | 47/450 (S) | n/a | Archibald Woodside | 21/376 (S) | 24/53 (S) | McCauley 1908 - DB 36/223; DB36/696 |
| | 13 | 1931 | L-201 | 47/450 (S) | | Benjamin Evans | 21/376 (S) | 24/53 (S) | McCauley 1908 - DB 36/223 |
| | 13 | | | | | Timothy Perkins | 21/376 (S) | 24/53 (S) | Property never transferred to PGC |
| SGL 36 | 36 | 1930 | L-198 | 377/208 | Second | George Castator West | 172/99 | 205/436 | McCauley 1908 - DB 300/401 |
| | 36 | 1930 | L-198 | 377/208 | Second | Jonathan Hampton | 172/99 | 205/436 | McCauley 1908 - DB 300/401 |
| | 36 | 1930 | L-198 | 377/208 | Second | Peter Seeley | 172/99 | 205/436 | McCauley 1908 - DB 300/401 |