UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

CCO-041

No. 22-8007

COMMONWEALTH OF PENNSYLVANIA,
PENNSYLVANIA GAME COMMISSION,
Petitioner

v.

THOMAS E. PROCTOR HEIRS TRUST, under Declaration of Trust dated October 28, 1980, which is recorded in Sullivan County in Book 1106, at page 879, its successors and assigns,
Respondent

(M.D. Pa. No. 1-12-cv-01567)

Present:  AMBRO, GREENAWAY Jr. and PHIPPS, Circuit Judges

1. Petition for Permission to Appeal under 28 U.S.C. Section 1292(b) filed by Petitioner Pennsylvania Game Commission

2. Response filed by Respondent Thomas E Proctor Heirs Trust

Respectfully,
Clerk/lmr

_____ORDER_____
The foregoing motion is granted.

By the Court,

s/Joseph A. Greenaway, Jr.
Circuit Judge

Dated:  March 24, 2022
JK/cc:  All Counsel of Record

A True Copy:

Patricia S. Dodszuweit, Clerk