IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **COMMONWEALTH OF PENNSYLVANIA, PENNSYLVANIA GAME COMMISSION,** Plaintiff | : | **No. 1:12cv1567** |
| | : | **(Judge Munley)** |
| **v.** | : | |
| **THOMAS E. PROCTOR HEIRS TRUST, under Declaration of Trust dated October 28, 1980, which is recorded in Sullivan County in Book 1106, at page 879,** Defendant | : | |

## ORDER

On July 31, 2026, the Third Circuit Court of Appeals affirmed this court's entry of judgment in favor of defendant on the issue of subsurface ownership in the bellwether Josiah Haines warrant only. (Docs. 223, 233). It is hereby **ORDERED** that:

1) The stay in this matter is lifted; and

2) No later than **December 15, 2026,** the parties shall file either a stipulation of dismissal or a joint status report outlining the matters left for resolution and a proposed roadmap to timely resolve this dispute.

Date: 11/10/26

**BY THE COURT:**

**JUDGE JULIA K. MUNLEY**
**United States District Court**